CONFORMED COPY



1 Kevin P.B. Johnson (Bar No. 177129)
  kevinjohnson@quinnemanuel.com
2 QUINN EMANUEL URQUHART
  & SULLIVAN, LLP
3 555 Twin Dolphin Drive, 5th Floor
  Redwood Shores, California 94065
4 Telephone: (650) 801-5000
  Facsimile: (650) 801-5100
5
6 Edward D. DeFranco (Bar. No. 165596)
  eddefranco@quinnemanuel.com
  Thomas Pease (*pro hac vice* pending)
7 thomaspease@quinnemanuel.com
  QUINN EMANUEL URQUHART
8 & SULLIVAN, LLP
  51 Madison Avenue, 22nd Floor
9 New York, New York 10010
  Telephone: (212) 849-7000
10 Facsimile: (212) 849-7100

David Nelson (*pro hac vice* pending)
davenelson@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
500 West Madison Street, Suite 2450
Chicago, Illinois 60661
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Steven M. Anderson (Bar No. 144014)
stevenanderson@quinnemanuel.com
Rory S. Miller (Bar. No. 238780)
rorymiller@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

11 Attorneys for Plaintiff Sony Corporation

FILED
CLERK, U.S. DISTRICT COURT

FEB - 9 2011

CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

12           UNITED STATES DISTRICT COURT
13
14           CENTRAL DISTRICT OF CALIFORNIA
             WESTERN DIVISION
15
16 SONY CORPORATION, a Japanese      CASE NO.
   corporation,
17                                   CV11-01210 SVW (VBKx)
            Plaintiff,
                                     COMPLAINT FOR PATENT
18      vs.                          INFRINGEMENT
19 LG ELECTRONICS, INC., a Korean    JURY TRIAL DEMANDED
   corporation,, and LG ELECTRONICS
20 USA, INC., a Delaware corporation,
21          Defendants.
22
23
24
25
26
27
28

02347.51742/3958528.1

1   Plaintiff Sony Corporation files this complaint against LG Electronics, Inc.
2   and LG Electronics U.S.A., Inc. (herein, collectively, "Defendants"):

3

4                           **THE PARTIES**

5       1.      Plaintiff Sony Corporation ("Sony") is a Japanese corporation with a
6   principal place of business at 1-7-1, Konan, Minato-ku, Tokyo, Japan.

7       2.      Upon information and belief, Defendant LG Electronics, Inc. ("LG
8   Electronics") is a foreign corporation organized and existing under the laws of
9   Korea, with its principal place of business at LG Twin Towers, 20 Yeouido-dong,
10  Yeongdeungpo-gu, Seoul 150-721, South Korea.  Upon information and belief, LG
11  Electronics makes, imports into the United States, offers for sale, sells and/or uses in
12  the United States products, including, without limitation, display devices.

13      3.      Upon information and belief, LG Electronics U.S.A., Inc. ("LG
14  Electronics USA") is a corporation organized under the laws of Delaware and with
15  its principal place of business at 1000 Sylvan Avenue, Englewood Cliffs, New
16  Jersey 07632.  Upon information and belief, LG Electronics USA makes, imports
17  into the United States, offers for sale, sells and/or uses in the United States products,
18  including, without limitation, display devices.

19

20                       **JURISDICTION AND VENUE**

21

22      1.      This lawsuit is an action for patent infringement arising under the
23  patent laws of the United States, 35 U.S.C. §§ 1 et seq.  This Court has jurisdiction
24  over this action pursuant to 28 U.S.C. §§ 1331 and 1338.

25      2.      LG Electronics is subject to personal jurisdiction in this Court
26  because, on information and belief, it does and has done substantial business in
27  this judicial District, including: (i) regularly sending shipments of infringing
28  display devices to this judicial District and this State; (ii) committing acts of patent

                                    -1-

1  infringement and/or contributing to or inducing acts of patent infringement by
2  others in this District and elsewhere in California and the United States; (iii)
3  regularly doing business or soliciting business, engaging in other persistent
4  courses of conduct, and/or deriving substantial revenue from products and/or
5  services provided to individuals in this District and in this State; and (iv)
6  participating in litigation in this judicial District.

7      3.    LG Electronics USA is subject to personal jurisdiction in this Court
8  because, on information and belief, it does and has done substantial business in
9  this judicial District, including: (i) designating an agent for service of process in
10 the State of California; (ii) committing acts of patent infringement and/or
11 contributing to or inducing acts of patent infringement by others in this District
12 and elsewhere in California and the United States; (iii) regularly doing business or
13 soliciting business, engaging in other persistent courses of conduct, and/or
14 deriving substantial revenue from products and/or services provided to individuals
15 in this District and in this State; (iv) regularly receiving shipments of infringing
16 display devices in this District and in this State; and (v) participating in litigation
17 in this judicial District.

18     4.    Venue is proper in this judicial district pursuant to 28 U.S.C. §§ 1391
19 and 1400(b) because Defendants regularly conduct business in this judicial district,
20 have regular and established places of business in this judicial district, and/or
21 because certain of the acts complained of herein occurred in this judicial district.

22     5.    Upon information and belief, LG Electronics is a parent corporation
23 and/or owns more than 10 percent of LG Electronics USA.

24     6.    A true and correct copy of a webpage retrieved on September 26,
25 2010 from http://www.lg.com/us/about-lg/corporate-information/overview/global-
26 operations.jsp?Area=Global|AP&Nation=KR is attached hereto as Exhibit A.

27
28

02347.51742/3958528.1

7.    A true and correct copy of a webpage retrieved on September 26, 2010 from http://www.lg.com/us/about-lg/corporate-information/overview/global-operations.jsp?Area=Global|NA&Nation=US is attached hereto as Exhibit B.

8.    A true and correct copy of an excerpt of a search result for LG ELECTRONICS as "Shipper" retrieved on October 12, 2010 from http://www.importgenius.com is attached hereto as Exhibit C.

9.    A true and correct copy of an excerpt of a search result for LG ELECTRONICS U.S.A. as "Consignee" retrieved on October 12, 2010 from http://www.importgenius.com is attached hereto as Exhibit D.

10.    A true and correct copy of a document entitled LG Electronics Inc. Interim Separate Financial Statements: June 30, 2010 and 2009 is attached hereto as Exhibit E.

11.    A true and correct copy a webpage retrieved on September 26, 2010 from http://lge.links.channelintelligence.com/oemsites/9939267/Maps/cii_lge_eu.asp?cii_nRadius=15&cii_nRuleGroupID=1144&cii_sCountry=US&cii_sZip=90012&cii_sSKU=47SL80& is attached hereto as Exhibit F.

## THE PATENTS IN SUIT

12.    On December 10, 1996, the USPTO issued U.S. Patent No. 5,583,577 titled "Caption Data Coding/Decoding Systems and Methods that Includes Key Data Indicating Intermediate Levels of Attenuation in the Vicinity of the Caption" (hereinafter "the '577 patent"). A true and correct copy of the '577 patent is attached hereto as Exhibit G.

13.    On March 24, 1998, the USPTO issued U.S. Patent No. 5,731,847 titled "Subtitle Encoding/Decoding Method and Apparatus" (hereinafter "the '847

1    patent"). A true and correct copy of the '847 patent is attached hereto as Exhibit
2    H.

3        14.    On August 26, 2008, the USPTO issued U.S. Patent Re-issue No.
4    40,468 titled "Video Data Bus Communication System and Method" (hereinafter
5    "the '468 patent"). A true and correct copy of the '468 patent is attached hereto as
6    Exhibit I.

7        15.    On December 9, 2003, the USPTO issued U.S. Patent No. 6,661,472
8    titled "Channel Selection In Digital Television" (hereinafter "the '472 patent"). A
9    true and correct copy of the '472 patent is attached hereto as Exhibit J.

10       16.    The '577 patent, '847 patent, '468 patent, and '472 patent collectively
11   are henceforth referred to as the "patents-in-suit."

12       17.    Sony is the owner of all right, title, and interest in and to each of the
13   patents-in-suit with full and exclusive right to bring suit to enforce this patent,
14   including the right to recover for past infringement.

15

16                                   **COUNT I**

17                  **INFRINGEMENT OF THE '577 PATENT**

18

19       18.    Sony realleges and incorporates herein the allegations of the
20   preceding paragraphs of this Complaint as if fully set forth herein.

21       19.    Upon information and belief, in violation of 35 U.S.C. § 271,
22   Defendants have infringed and are continuing to infringe, literally and/or under the
23   doctrine of equivalents, the '577 patent by practicing one or more claims of the
24   '577 patent in the manufacture, use, offering for sale, sale, and/or importation of
25   display devices, digital televisions and monitors ("LG Products") including, for
26   example, the LG 32LD350 LCD TV, which are capable of decoding closed
27   captioning information and displaying closed captions. Sony reserves its right to
28   contend that additional LG products infringe the '577 patent.

20.     Upon information and belief, in violation of 35 U.S.C. § 271, Defendants have infringed and are continuing to infringe the '577 patent by contributing to and/or actively inducing the infringement by others of the '577 patent by the manufacture, use, offering for sale, sale, and/or importation of the LG Products, including, for example, the LG 32LD350 LCD TV, which are capable of decoding closed captioning information and displaying closed captions, and which LG products are thereby especially designed for use in infringing the '577 patent. Sony reserves its right to contend that additional LG products indirectly infringe the '577 patent. Upon information and belief, Defendants further actively induce others, including users of the LG products, to infringe the '577 patent through the sale of LG Products to customers along with directions, demonstrations, guides, and/or manuals that encourage the infringing use of the LG Products. A true and correct copy of the Owner's Manual for the LG 32LD350 LCD TV is attached hereto as Exhibit K. Upon information and belief, Defendants knew or should have known their actions would cause direct infringement of the '577 patent and did so with intent to encourage direct infringement.

21.     Upon information and belief, Defendants' infringement of the '577 patent has been, and continues to be, willful, deliberate, and intentional as Defendants continue their acts of infringement after being placed on notice of their infringement, thus acting in reckless disregard of Sony's patent rights.

22.     Upon information and belief, Defendants' acts of infringement of the '577 patent will continue after service of this complaint unless enjoined by the Court.

23.     As a result of Defendants' infringement, Sony has suffered and will suffer damages.

24.     Sony is entitled to recover from Defendants the damages sustained by Sony as a result of Defendants' wrongful acts in an amount subject to proof at trial.

25.     Unless Defendants are enjoined by this Court from continuing their infringement of the '577 patent, Sony will suffer additional irreparable harm and impairment of the value of its patent rights. Thus, Sony is entitled to a preliminary and permanent injunction against further infringement.

## COUNT II
## INFRINGEMENT OF THE '847 PATENT

26.     Sony realleges and incorporates herein the allegations of the preceding paragraphs of this Complaint as if fully set forth herein.

27.     Upon information and belief, in violation of 35 U.S.C. § 271, Defendants have infringed and are continuing to infringe, literally and/or under the doctrine of equivalents, the '847 patent by practicing one or more claims of the '847 patent in the manufacture, use, offering for sale, sale, and/or importation of the LG Products, including, for example, the LG 32LD350 LCD TV, which are capable of decoding closed captioning information and displaying closed captions. Sony reserves its right to contend that additional LG products infringe the '847 patent.

28.     Upon information and belief, in violation of 35 U.S.C. § 271, Defendants have infringed and are continuing to infringe the '847 patent by contributing to and/or actively inducing the infringement by others of the '847 patent by the manufacture, use, offering for sale, sale, and/or importation of the LG Products, including, for example, the LG 32LD350 LCD TV, which are capable of decoding closed captioning information and displaying closed captions, and which LG products are thereby especially designed for use in infringing the

02347.51742/3958528.1

'847 patent. Sony reserves its right to contend that additional LG products indirectly infringe the '847 patent. Upon information and belief, Defendants further actively induce others, including users of the LG products, to infringe the '847 patent through the sale of LG Products to customers along with directions, demonstrations, guides, and/or manuals that encourage the infringing use of the LG Products. Upon information and belief, Defendants knew or should have known their actions would cause direct infringement of the '847 patent and did so with intent to encourage direct infringement.

29. Upon information and belief, Defendants' infringement of the '847 patent has been, and continues to be, willful, deliberate, and intentional as Defendants continue their acts of infringement after being placed on notice of their infringement, thus acting in reckless disregard of Sony's patent rights.

30. Upon information and belief, Defendants' acts of infringement of the '847 patent will continue after service of this complaint unless enjoined by the Court.

31. As a result of Defendants' infringement, Sony has suffered and will suffer damages.

32. Sony is entitled to recover from Defendants the damages sustained by Sony as a result of Defendants' wrongful acts in an amount subject to proof at trial.

Unless Defendants are enjoined by this Court from continuing their infringement of the '847 patent, Sony will suffer additional irreparable harm and impairment of the value of its patent rights. Thus, Sony is entitled to a preliminary and permanent injunction against further infringement.

## COUNT III

## INFRINGEMENT OF THE '468 PATENT

33. Sony realleges and incorporates herein the allegations of the preceding paragraphs of this Complaint as if fully set forth herein.

34. Upon information and belief, in violation of 35 U.S.C. § 271, Defendants have infringed and are continuing to infringe, literally and/or under the doctrine of equivalents, the '468 patent by practicing one or more claims of the '468 patent in the manufacture, use, offering for sale, sale, and/or importation of the LG Products, including, for example, the LG 32LD350 LCD TV and LG E2360V LCD Monitor, which include a High-Definition Multimedia Interface ("HDMI") or a Digital Visual Interface ("DVI"). Sony reserves its right to contend that additional LG products infringe the '468 patent.

35. Upon information and belief, in violation of 35 U.S.C. § 271, Defendants have infringed and are continuing to infringe the '468 patent by contributing to and/or actively inducing the infringement by others of the '468 patent by the manufacture, use, offering for sale, sale, and/or importation of the LG Products, including, for example, the LG 32LD350 LCD TV and LG E2360V LCD Monitor, which include an HDMI or DVI interface, and which LG products are thereby especially designed for use in infringing the '468 patent. Sony reserves its right to contend that additional LG products indirectly infringe the '468 patent. Upon information and belief, Defendants further actively induce others, including users of the LG products, to infringe the '468 patent through the sale of LG Products to customers along with directions, demonstrations, guides, and/or manuals that encourage the infringing use of the LG Products. A true and correct copy of the Owner's Manual for the LG E2360V LCD Monitor is attached hereto as Exhibit L. Upon information and belief, Defendants knew or should

1    have known their actions would cause direct infringement of the '468 patent and

2    did so with intent to encourage direct infringement.

3        36.    Upon information and belief, Defendants' infringement of the '468

4    patent has been, and continues to be, willful, deliberate, and intentional as

5    Defendants continue their acts of infringement after being placed on notice of their

6    infringement, thus acting in reckless disregard of Sony's patent rights.

7        37.    Upon information and belief, Defendants' acts of infringement of the

8    '468 patent will continue after service of this complaint unless enjoined by the

9    Court.

10       38.    As a result of Defendants' infringement, Sony has suffered and will

11    suffer damages.

12       39.    Sony is entitled to recover from Defendants the damages sustained by

13    Sony as a result of Defendants' wrongful acts in an amount subject to proof at

14    trial.

15       40.    Unless Defendants are enjoined by this Court from continuing their

16    infringement of the '468 patent, Sony will suffer additional irreparable harm and

17    impairment of the value of its patent rights. Thus, Sony is entitled to a preliminary

18    and permanent injunction against further infringement.

19

20                       **COUNT IV**

21        **INFRINGEMENT OF THE '472 PATENT**

22

23       41.    Sony realleges and incorporates herein the allegations of the

24    preceding paragraphs of this Complaint as if fully set forth herein.

25       42.    Upon information and belief, in violation of 35 U.S.C. § 271,

26    Defendants have infringed and are continuing to infringe, literally and/or under the

27    doctrine of equivalents, the '472 patent by practicing one or more claims of the

28    '472 patent in the manufacture, use, offering for sale, sale, and/or importation of

the LG Products, including, for example, the LG 32LD350 LCD TV, which generate a major and minor channel number sequence.  Sony reserves its right to contend that additional LG products infringe the '472 patent.

43.   Upon information and belief, in violation of 35 U.S.C. § 271, Defendants have infringed and are continuing to infringe the '472 patent by contributing to and/or actively inducing the infringement by others of the '472 patent by the manufacture, use, offering for sale, sale, and/or importation of the LG Products, including, for example, the LG 32LD350 LCD TV, which generate a major and minor channel number sequence, and which LG products are thereby especially designed for use in infringing the '472 patent.  Sony reserves its right to contend that additional LG products indirectly infringe the '472 patent.  Upon information and belief, Defendants further actively induce others, including users of the LG products, to infringe the '472 patent through the sale of LG Products to customers along with directions, demonstrations, guides, and/or manuals.  Upon information and belief, Defendants knew or should have known their actions would cause direct infringement of the '472 patent and did so with intent to encourage direct infringement.

44.   Upon information and belief, Defendants' infringement of the '472 patent has been, and continues to be, willful, deliberate, and intentional as Defendants continue their acts of infringement after being placed on notice of their infringement, thus acting in reckless disregard of Sony's patent rights.

45.   Upon information and belief, Defendants' acts of infringement of the '472 patent will continue after service of this complaint unless enjoined by the Court.

46.   As a result of Defendants' infringement, Sony has suffered and will suffer damages.

47.     Sony is entitled to recover from Defendants the damages sustained by Sony as a result of Defendants' wrongful acts in an amount subject to proof at trial.

48.     Unless Defendants are enjoined by this Court from continuing their infringement of the '472 patent, Sony will suffer additional irreparable harm and impairment of the value of its patent rights. Thus, Sony is entitled to a preliminary and permanent injunction against further infringement.

## **PRAYER FOR RELIEF**

WHEREFORE, Sony prays for the following relief:

(a)     That Defendants be ordered to pay damages adequate to compensate Sony for Defendants' infringement of each of the patents-in-suit pursuant to 35 U.S.C. § 284;

(b)     That Defendants be ordered to pay treble damages for willful infringement of each of the patents-in-suit pursuant to 35 U.S.C. § 284;

(c)     That Defendants be ordered to pay attorneys' fees pursuant to 35 U.S.C. § 285 for its infringement of each of the patents-in-suit;

(d)     That Defendants, their officers, agents, servants, employees, and those persons acting in active concert or in participation with them be enjoined from further infringement of each of the patents-in-suit pursuant to 35 U.S.C. § 283;

(e)     That Defendants be ordered to pay prejudgment interest;

(f)     That Defendants be ordered to pay all costs associated with this action; and

(g)     That Sony be granted such other and additional relief as the Court deems just and proper.

1 | DATED: February 9, 2011          Respectfully submitted,

2

3

4 | By  STEVEN  M.  ANDERSON  J.L.
   _____
5 | Steven M. Anderson
   Rory S. Miller
6 | QUINN EMANUEL URQUHART &
   SULLIVAN, LLP
7
8 | Attorneys for Plaintiff
   Sony Corporation
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-12-
COMPLAINT FOR PATENT INFRINGEMENT

1

## DEMAND FOR JURY TRIAL

2  Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Plaintiff hereby

3  demands a trial by jury as to all issues so triable.

4

5  DATED: February 9, 2011          Respectfully submitted,

6

7

8              By  STEVEN  M.  ANDERSON  I.L.
                   Steven M. Anderson
9                  Rory S. Miller
                   QUINN EMANUEL URQUHART &
10                 SULLIVAN, LLP

11                 Attorneys for Plaintiff
12                 Sony Corporation

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A

 


**LG**
Life's Good

- Mobile Phones
- TV / Audio / Video
- Appliances
- Computer Products
- About LG
- Support
- Low Bandwidth

## Global Operations

LG Electronics plays an active role in world markets with its assertive global business policy. As a result, LG Electronics controls 114 local subsidiaries worldwide, with roughly 82,000 executives and employees.

To locate any of LG Electronics' offices or subsidiaries, click the relevant region on the map below. If no data appears once you have selected your region, click Ask.

| Asia & Pacific | Korea(Headquarters) |
| --- | --- |



### Asia & Pacific

| | | |
| --- | --- | --- |
| Korea(Headquarters) | LG Electronics Changwon Digital Appliance Company Production | 391-2, Gaeum Jeong-dong, Changwon City, Gyeongnam, 641-711, Korea  82-55-260-3114  82-55-260-3033 |
| Korea(Headquarters) | LG Electronics Chungju Plant Production | LG Electronics Chungju Plant, Hyangjeong-dong, Yeongpoong-gu, Cheongju-si, Chungcheongbuk-do, 361-706 Korea  82-43-279-3114  82-43-279-3114 |
| Korea(Headquarters) | LG Electronics Gumi TV/NKT Plant Production | 642, Jinpyeong-dong, Gumi-City, Gyeong Buk, 730-777, Korea  82-54-470-2114  82-54-478-4221 |
| Korea(Headquarters) | LG Electronics Pyeongtaek Digital Park Production | 19-1, Cheongju-ri, Jinwi-township, Pyeongtaek-si, Gyeonggi-do, 451-713, Korea  82-31-610-5114  82-31-610-5134 |
| Korea(Headquarters) | LG Electronics Headquarters | LG Twin Towers 20, Yeido-dong, Youngdungpo-gu Seoul, Korea 150-721  82-2-3777-1114 |

**EXHIBIT** _A_
**PAGE** _13.1_

# EXHIBIT B

**LG**
Life's Good

Search all of LG

Mobile Phones
TV / Audio / Video
Appliances
Computer Products

About LG

Support

Site Navigation

## Global Operations

LG Electronics plays an active role in world markets with its assertive global business policy. As a result, LG Electronics controls 114 local subsidiaries world-wide, with roughly 82,000 executives and employees.

To locate any of LG Electronics' offices or subsidiaries, click the relevant region on the map below. If no data appears once you have selected your region, click Ask.

North America | United States



### North America

| | | |
|---|---|---|
| United States | LGEUS(LG Electronics U.S.A., Inc.) Marketing | 1000 Sylvan Avenue Englewood Cliffs, New Jersey, U.S.A. 07632, U.S.A. 201-816-2000 201-816-0636 |

US: English

Copyright | Privacy | Contact | Search Guide | Join | LG Electronics Partners | Survey Via | Camera | Site Disclaimer Inc. | Made Orders | Privacy | Legal | Copyright (C) LG Electronics, Inc. All Rights Reserved

EXHIBIT B
PAGE 14

# EXHIBIT C

**ImportGenius**

New Search | Vessel Mapping | Email Alerts | Saved Searches | Search History |

| View | Product Description | Consignee | Shipper | Arrival Date | Gross Weight (LB) | Quantity | Foreign Port | US Port | Vessel Name | Country of Origin |
|---|---|---|---|---|---|---|---|---|---|---|
| | PART OF LCD TV | LG ELECTRONICS DA AMAZONIA LTDA | LG ELECTRONICS INC | 2010-09-15 | 125 | 3 CTN | PUSAN | LONG BEACH, CALIFOR | HANJIN LONG BEACH | SOUTH KOREA |
| | LCD MONITOR/LCD MONITOR | LG ELECTRONICS CORPORATION | LG ELECTRONICS INC | 2010-09-15 | 27,573 | 1,604 CTN | SHANGHAI | LONG BEACH, CALIFOR | HANJIN LISBON | CHINA |
| | 1 CARTON OF PART OF LCD TV 0BSN00AX097 30000 | LGEUS | LG ELECTRONICS INC | 2010-09-15 | 88 | 1 PKG | PUSAN | LONG BEACH, CALIFOR | HANJIN LISBON | SOUTH KOREA |
| | 3 CARTON OF PART OF LCD TV EAD00GVA153 8771 E | LGEUS | LG ELECTRONICS INC | 2010-09-15 | 709 | 3 PKG | PUSAN | LONG BEACH, CALIFOR | HANJIN LISBON | SOUTH KOREA |
| | 8 CARTON OF PART OF LCD TV LUHN3007J202 2576 E | LGEUS | LG ELECTRONICS INC | 2010-09-15 | 3,544 | 8 PKG | PUSAN | LONG BEACH, CALIFOR | HANJIN LISBON | SOUTH KOREA |
| | 28 CARTON OF PART OF LCD TV - PO NO GT27201 | LGEUS | LG ELECTRONICS INC | 2010-09-15 | 2,746 | 28 PKG | PUSAN | LONG BEACH, CALIFOR | HANJIN LISBON | SOUTH KOREA |
| | 28 CARTON OF PART OF LCD TV - PO NO GT27201 | LGEUS | LG ELECTRONICS INC | 2010-09-15 | 3,509 | 28 PKG | PUSAN | LONG BEACH, CALIFOR | HANJIN LISBON | SOUTH KOREA |
| | 1 CARTON OF PART OF LCD TV EAEH1R3001 14500 | LGEUS | LG ELECTRONICS INC | 2010-09-15 | 178 | 1 PKG | PUSAN | LONG BEACH, CALIFOR | HANJIN LISBON | SOUTH KOREA |
| | 3 CARTON OF PART OF LCD TV 0BSZC0AN07 24000 | LGEUS | LG ELECTRONICS INC | 2010-09-15 | 275 | 3 PKG | PUSAN | LONG BEACH, CALIFOR | HANJIN LISBON | SOUTH KOREA |
| | 1 CARTON OF PART OF LCD TV EAD06465293 1500 E | LGEUS | LG ELECTRONICS INC | 2010-09-15 | 121 | 1 PKG | PUSAN | LONG BEACH, CALIFOR | HANJIN LISBON | SOUTH KOREA |
| | PART OF LCD TV | LGEUS | LG ELECTRONICS INC | 2010-09-15 | 335 | 2 PKG | PUSAN | LONG BEACH, CALIFOR | HANJIN LISBON | SOUTH KOREA |
| | LCD MONITOR | NDS SURGICAL IMAGING, LLC | LG ELECTRONICS INC | 2010-09-11 | 2,283 | 3 CTNS | PUSAN | LONG BEACH, CALIFOR | HANJIN LISBON | SOUTH KOREA |
| | LCD MONITOR | NDS SURGICAL IMAGING, LLC | LG ELECTRONICS INC | 2010-09-11 | 4,664 | 5 CTNS | PUSAN | OAKLAND, CALIFORNIA | XIN OU ZHOU | SOUTH KOREA |
| | LCD MONITOR | LG ELECTRONICS USA, INC | LG ELECTRONICS INC | 2010-09-11 | 5,910 | 225 CTN | SHANGHAI | OAKLAND, CALIFORNIA | XIN OU ZHOU | CHINA |
| | LCD MONITOR/LCD MONITOR | LG ELECTRONICS USA, INC | LG ELECTRONICS INC | 2010-09-11 | 32,262 | 1,231 CTN | SHANGHAI | LONG BEACH, CALIFOR | HANJIN BOSTON | CHINA |

EXHIBIT ___C___

PAGE ___15___

**ImportGenius**

[New Search] [Visual Mapping] [Email Alerts] [Saved Searches] [Search History]

| Product Description | Consignee | Shipper | Arrival Date | Gross Weight (LB) | Quantity | Foreign Port | US Port | Vessel Name | Country of Origin |
|---|---|---|---|---|---|---|---|---|---|
| LCD MONITOR | LG ELECTRONICS CORPORATION | LG ELECTRONICS INC. | 2010-09-11 | 10,919 | 1,191 CTN | SHANGHAI | LONG BEACH, CALIFOR | HANJIN BOSTON | CHINA |
| LCD MONITOR | LG ELECTRONICS CORPORATION | LG ELECTRONICS INC. | 2010-09-11 | 7,191 | 503 CTN | SHANGHAI | LONG BEACH, CALIFOR | HANJIN BOSTON | CHINA |
| LCD MONITOR | LG ELECTRONICS CORPORATION | LG ELECTRONICS INC. | 2010-09-11 | 13,165 | 1,615 CTN | SHANGHAI | LONG BEACH, CALIFOR | HANJIN BOSTON | CHINA |
| LCD MONITOR/LCD MONITOR/LCD MONITOR/LCD MONITOR | LG ELECTRONICS CORPORATION | LG ELECTRONICS INC. | 2010-09-11 | 59,414 | 5,188 CTN | SHANGHAI | LONG BEACH, CALIFOR | HANJIN BOSTON | CHINA |
| IN:DUPLY TV RECV W/VIDEO RECORDED/LCD TV | LG ELECTRONICS ALABAMA, INC./P.O.BOX | LG ELECTRONICS INC. | 2010-09-11 | 2,353 | 18 PKG | PUSAN | LONG BEACH, CALIFOR | HANJIN BOSTON | SOUTH KOREA |
| TV ANTENAS: RECEIVING ONLY/SHIPPERS LOAD AND COUNT | LG ELECTRONICS DE SAO PAULO LTDA | LG ELECTRONICS U.S. | 2010-09-06 | 31,440 | 251 PCS | TAMPICO | HOUSTON, TEXAS | WESTPHALIA EXPRESS | MEXICO |
| LCD MONITOR/LCD MONITOR | LG ELECTRONICS PANAMA, S.A.R.U.C. | LG ELECTRONICS INC. | 2010-09-06 | 34,323 | 4,000 CTN | SHANGHAI | LONG BEACH, CALIFOR | HANJIN BERLIN | CHINA |
| LCD MONITOR/LCD MONITOR | LG ELECTRONICS CORPORATION | LG ELECTRONICS INC. | 2010-09-06 | 33,176 | 1,338 CTN | SHANGHAI | LONG BEACH, CALIFOR | HANJIN BERLIN | CHINA |
| LCD COLOR MONITOR/LCS SW8H.S.CODE85285110.0 LCD COLC | LG ELECTRONICS CORPORATION 1500 | LG ELECTRONICS INC. | 2010-09-05 | 55,054 | 4,703 CTNS | SHANGHAI | LOS ANGELES, CALIFOR | APL CHINA | CHINA |
| LCD MONITOR | NDS SURGICAL, IMAGING LLC | LG ELECTRONICS INC. | 2010-09-04 | 1,225 | 3 CTNS | PUSAN | LONG BEACH, CALIFOR | ANTHEM DUKE | SOUTH KOREA |
| LCD MONITOR | LG ELECTRONICS PANAMA S.A.R.U.C. | LG ELECTRONICS INC. | 2010-09-04 | 6,539 | 578 CTN | SHANGHAI | LONG BEACH, CALIFOR | HANJIN BALTIMORE | CHINA |
| LCD MONITOR | LG ELECTRONICS CORPORATION | LG ELECTRONICS INC. | 2010-09-04 | 13,482 | 1,099 CTN | SHANGHAI | LONG BEACH, CALIFOR | HANJIN BALTIMORE | CHINA |
| LCD MONITOR | LG ELECTRONICS CORPORATION | LG ELECTRONICS INC. | 2010-09-04 | 20,533 | 1,778 CTN | SHANGHAI | LONG BEACH, CALIFOR | HANJIN BALTIMORE | CHINA |
| LCD MONITOR/LCD MONITOR | LG ELECTRONICS USA INC | LG ELECTRONICS INC. | 2010-09-04 | 27,593 | 1,084 CTN | SHANGHAI | LONG BEACH, CALIFOR | HANJIN BALTIMORE | CHINA |
| PART OF LCD TV | LG ELECTRONICS DA AMAZONIA LTDA | LG ELECTRONICS INC. | 2010-09-04 | 2,040 | 5 CTN | PUSAN | LONG BEACH, CALIFOR | HANJIN BALTIMORE | SOUTH KOREA |

EXHIBIT ___C___

PAGE ___16___

ImportGenius

New Search | Visual Mapping | Email Alerts | Saved Searches | Search History

| Product Description | Consignee | Shipper | Arrival Date | Gross Weight (LB) | Quantity | Foreign Port | US Port | Vessel Name | Country Of Origin |
|---|---|---|---|---|---|---|---|---|---|
| PART OF LCD TV | LG ELECTRONICS DA AMAZONIA LTDA | LG ELECTRONICS INC. | 2010-09-04 | 15 | 1 CTN | PUSAN | LONG BEACH, CALIFOR. | HANJIN BALTIMORE | SOUTH KOREA |
| PART OF LCD TV | LG ELECTRONICS DA AMAZONIA LTDA | LG ELECTRONICS INC. | 2010-09-04 | 245 | 5 CTN | PUSAN | LONG BEACH, CALIFOR. | HANJIN BALTIMORE | SOUTH KOREA |
| PART OF LCD TV | LG ELECTRONICS DA AMAZONIA LTDA | LG ELECTRONICS INC. | 2010-09-04 | 7 | 1 CTN | PUSAN | LONG BEACH, CALIFOR. | HANJIN BALTIMORE | SOUTH KOREA |
| PART OF LCD TV | LG ELECTRONICS DA AMAZONIA LTDA | LG ELECTRONICS INC. | 2010-09-04 | 13,058 | 12 CTN | PUSAN | LONG BEACH, CALIFOR. | HANJIN BALTIMORE | SOUTH KOREA |
| PART OF LCD TV | LG ELECTRONICS DA AMAZONIA LTDA | LG ELECTRONICS INC. | 2010-09-04 | 520 | 1 CTN | PUSAN | LONG BEACH, CALIFOR. | HANJIN BALTIMORE | SOUTH KOREA |
| PART OF LCD TV/PART OF LCD TV | LG ELECTRONICS DA AMAZONIA LTDA | LG ELECTRONICS INC. | 2010-09-04 | 12,581 | 12 CTN | PUSAN | LONG BEACH, CALIFOR. | HANJIN BALTIMORE | SOUTH KOREA |
| PART OF LCD TV | LG ELECTRONICS DA AMAZONIA LTDA | LG ELECTRONICS INC. | 2010-09-04 | 315 | 1 CTN | PUSAN | LONG BEACH, CALIFOR. | HANJIN BALTIMORE | SOUTH KOREA |
| PART OF LCD PANEL | LG ELECTRONICS DA AMAZONIA LTDA | LG ELECTRONICS INC. | 2010-09-04 | 3,625 | 1 CTN | PUSAN | LONG BEACH, CALIFOR. | HANJIN BALTIMORE | SOUTH KOREA |
| PART OF LCD PANEL | LG ELECTRONICS DA AMAZONIA LTDA | LG ELECTRONICS INC. | 2010-09-04 | 5,053 | 1 CTN | PUSAN | LONG BEACH, CALIFOR. | HANJIN BALTIMORE | SOUTH KOREA |
| PART OF LCD PANEL | LG ELECTRONICS DA AMAZONIA LTDA | LG ELECTRONICS INC. | 2010-09-04 | 4,682 | 1 CTN | PUSAN | LONG BEACH, CALIFOR. | HANJIN BALTIMORE | SOUTH KOREA |
| PART OF LCD PANEL | LG ELECTRONICS DA AMAZONIA LTDA | LG ELECTRONICS INC. | 2010-09-04 | 5,170 | 1 CTN | PUSAN | LONG BEACH, CALIFOR. | HANJIN BALTIMORE | SOUTH KOREA |
| PART OF LCD PANEL | LG ELECTRONICS DA AMAZONIA LTDA | LG ELECTRONICS INC. | 2010-09-04 | 4,150 | 1 CTN | PUSAN | LONG BEACH, CALIFOR. | HANJIN BALTIMORE | SOUTH KOREA |
| PART OF LCD PANEL | LG ELECTRONICS DA AMAZONIA LTDA | LG ELECTRONICS INC. | 2010-09-04 | 4,728 | 1 CTN | PUSAN | LONG BEACH, CALIFOR. | HANJIN BALTIMORE | SOUTH KOREA |
| PART OF LCD PANEL | LG ELECTRONICS DA AMAZONIA LTDA | LG ELECTRONICS INC. | 2010-09-04 | 3,432 | 1 CTN | PUSAN | LONG BEACH, CALIFOR. | HANJIN BALTIMORE | SOUTH KOREA |
| PART OF LCD PANEL | LG ELECTRONICS DA AMAZONIA LTDA | LG ELECTRONICS INC. | 2010-09-04 | 6,182 | 1 CTN | PUSAN | LONG BEACH, CALIFOR. | HANJIN BALTIMORE | SOUTH KOREA |

EXHIBIT C
PAGE 17

| Product Description | Consignee | Shipper | Arrival Date | Gross Weight (LB) | Quantity | Foreign Port | US Port | Vessel Name | Country of Origin |
|---|---|---|---|---|---|---|---|---|---|
| PART OF LCD PANEL | LG ELECTRONICS DA AMAZONIA LTDA | LG ELECTRONICS INC. | 2010-09-04 | 4,259 | 1 CTN | PUSAN | LONG BEACH, CALIFOR | HANJIN BALTIMORE | SOUTH KOREA |
| PART OF LCD PANEL | LG ELECTRONICS DA AMAZONIA LTDA | LG ELECTRONICS INC. | 2010-09-04 | 6,622 | 1 CTN | PUSAN | LONG BEACH, CALIFOR | HANJIN BALTIMORE | SOUTH KOREA |
| PART OF LCD PANEL | LG ELECTRONICS DA AMAZONIA LTDA | LG ELECTRONICS INC. | 2010-09-04 | 3,716 | 1 CTN | PUSAN | LONG BEACH, CALIFOR | HANJIN BALTIMORE | SOUTH KOREA |
| PART OF LCD PANEL | LG ELECTRONICS DA AMAZONIA LTDA | LG ELECTRONICS INC. | 2010-09-04 | 3,432 | 1 CTN | PUSAN | LONG BEACH, CALIFOR | HANJIN BALTIMORE | SOUTH KOREA |
| PART OF LCD PANEL | LG ELECTRONICS DA AMAZONIA LTDA | LG ELECTRONICS INC. | 2010-09-04 | 3,530 | 1 CTN | PUSAN | LONG BEACH, CALIFOR | HANJIN BALTIMORE | SOUTH KOREA |
| LCD MONITOR | LG ELECTRONICS PANAMA S.A R.L U.C. | LG ELECTRONICS INC. | 2010-09-01 | 7,976 | 518 CTN | SHANGHAI | LONG BEACH, CALIFOR | HANJIN BEIJING | CHINA |
| LCD MONITOR | LG ELECTRONICS CORPORATION | LG ELECTRONICS INC. | 2010-09-01 | 16,124 | 1,051 CTN | SHANGHAI | LONG BEACH, CALIFOR | HANJIN BEIJING | CHINA |
| LCD MONITOR 2 LCD MONITOR 20 | LG ELECTRONICS U.S.A INC. | LG ELECTRONICS INC. | 2010-09-01 | 22,088 | 26 CTN | PUSAN | LONG BEACH, CALIFOR | HANJIN BEIJING | SOUTH KOREA |
| PART OF LCD TV | LG ELECTRONICS DA AMAZONIA LTDA | LG ELECTRONICS INC. | 2010-09-01 | 6,555 | 5 CTN | PUSAN | LONG BEACH, CALIFOR | HANJIN BEIJING | SOUTH KOREA |
| PART OF LCD TV | LG ELECTRONICS DA AMAZONIA LTDA | LG ELECTRONICS INC. | 2010-05-31 | 2,067 | 2 CTN | PUSAN | LONG BEACH, CALIFOR | HANJIN BEIJING | SOUTH KOREA |
| PART OF LCD TV | LG ELECTRONICS DA AMAZONIA LTDA | LG ELECTRONICS INC. | 2010-09-01 | 774 | 2 CTN | PUSAN | LONG BEACH, CALIFOR | HANJIN BEIJING | SOUTH KOREA |
| PART OF LCD TV | LG ELECTRONICS DA AMAZONIA LTDA | LG ELECTRONICS INC. | 2010-09-01 | 455 | 5 CTN | PUSAN | LONG BEACH, CALIFOR | HANJIN BEIJING | SOUTH KOREA |
| PART OF LCD TV | LG ELECTRONICS DA AMAZONIA LTDA | LG ELECTRONICS INC. | 2010-09-01 | 44 | 1 CTN | PUSAN | LONG BEACH, CALIFOR | HANJIN BEIJING | SOUTH KOREA |
| PART OF LCD TV | LG ELECTRONICS DA AMAZONIA LTDA | LG ELECTRONICS INC. | 2010-09-01 | 275 | 1 CTN | PUSAN | LONG BEACH, CALIFOR | HANJIN BEIJING | SOUTH KOREA |
| PART OF LCD TV | LG ELECTRONICS DA AMAZONIA LTDA | LG ELECTRONICS INC. | 2010-09-01 | 105 | 3 CTN | PUSAN | LONG BEACH, CALIFOR | HANJIN BEIJING | SOUTH KOREA |

EXHIBIT  C
PAGE  18

**ImportGenius**

New Search | Visual Mapping | Email Alerts | Saved Searches | Search History |

Selected (Add electronics shippment/Subscribe for list in portion. XXX results XXX records.)

New Search?

| View | Product Description | Consignee | Shipper | Arrival Date | Gross Weight (Lb) | Quantity | Foreign Port | US Port | Vessel Name | Country of Origin |
|------|---------------------|-----------|---------|--------------|-------------------|----------|--------------|---------|-------------|-------------------|
| | LCD MONITOR | NDS SURGICAL IMAGING, LLC | LG ELECTRONICS INC | 2010-09-25 | 3,575 | 1 CTNS | PUSAN | OAKLAND, CALIFORNIA | CSOL AMERICA | SOUTH KOREA |
| | LCD MONITOR | LG ELECTRONICS PANAMA S A R U C | LG ELECTRONICS INC | 2010-09-22 | 7,876 | 316 CTN | SHANGHAI | LONG BEACH, CALIFOR | HANJIN PARIS | CHINA |
| | LCD MONITOR/LCD MONITOR | LG ELECTRONICS CORPORATION | LG ELECTRONICS INC | 2010-09-22 | 24,126 | 2,081 CTN | SHANGHAI | LONG BEACH, CALIFOR | HANJIN PARIS | CHINA |
| | 9 CTNS PDLCD MONITOR 52 E6237 LCD MONITOR 42 LE26N3TG | SONY LATIN AMERICA INC (BPA.) | LG ELECTRONICS INC | 2010-09-20 | 8,825 | 9 PKG | PUSAN | MIAMI, FLORIDA | CMA CGM TARPON | SOUTH KOREA |
| | LCD MONITOR | LG ELECTRONICS PANAMA S A R U C | LG ELECTRONICS INC | 2010-09-19 | 7,625 | 512 CTN | SHANGHAI | LONG BEACH, CALIFOR | HANJIN LONG BEACH | CHINA |
| | LCD MONITOR | LG ELECTRONICS CORPORATION | LG ELECTRONICS INC | 2010-09-19 | 20,259 | 1,591 CTN | SHANGHAI | LONG BEACH, CALIFOR | HANJIN LONG BEACH | CHINA |
| | PART OF LCD TV | LG ELECTRONICS DA AMAZONIA LTDA | LG ELECTRONICS INC | 2010-09-19 | 440 | 2 CTN | PUSAN | LONG BEACH, CALIFOR | HANJIN LONG BEACH | SOUTH KOREA |
| | PART OF LCD TV | LG ELECTRONICS DA AMAZONIA LTDA | LG ELECTRONICS INC | 2010-09-19 | 55 | 3 CTN | PUSAN | LONG BEACH, CALIFOR | HANJIN LONG BEACH | SOUTH KOREA |
| | PART OF LCD TV | LG ELECTRONICS DA AMAZONIA LTDA | LG ELECTRONICS INC | 2010-09-19 | 275 | 1 CTN | PUSAN | LONG BEACH, CALIFOR | HANJIN LONG BEACH | SOUTH KOREA |
| | PART OF LCD TV | LG ELECTRONICS DA AMAZONIA LTDA | LG ELECTRONICS INC | 2010-09-19 | 7,200 | 6 CTN | PUSAN | LONG BEACH, CALIFOR | HANJIN LONG BEACH | SOUTH KOREA |
| | PART OF LCD TV | LG ELECTRONICS DA AMAZONIA LTDA | LG ELECTRONICS INC | 2010-09-19 | 655 | 4 CTN | PUSAN | LONG BEACH, CALIFOR | HANJIN LONG BEACH | SOUTH KOREA |
| | PART OF LCD TV | LG ELECTRONICS DA AMAZONIA LTDA | LG ELECTRONICS INC | 2010-09-19 | 167 | 1 CTN | PUSAN | LONG BEACH, CALIFOR | HANJIN LONG BEACH | SOUTH KOREA |
| | PART OF LCD TV | LG ELECTRONICS DA AMAZONIA LTDA | LG ELECTRONICS INC | 2010-09-19 | 1,028 | 8 CTN | PUSAN | LONG BEACH, CALIFOR | HANJIN LONG BEACH | SOUTH KOREA |
| | PART OF LCD TV | LG ELECTRONICS DA AMAZONIA LTDA | LG ELECTRONICS INC | 2010-09-19 | 2,581 | 8 CTN | PUSAN | LONG BEACH, CALIFOR | HANJIN LONG BEACH | SOUTH KOREA |
| | PART OF LCD TV | LG ELECTRONICS DA AMAZONIA LTDA | LG ELECTRONICS INC | 2010-09-19 | 244 | 4 CTN | PUSAN | LONG BEACH, CALIFOR | HANJIN LONG BEACH | SOUTH KOREA |

EXHIBIT C

PAGE 19

# EXHIBIT D

| Product Description | Consignee | Shipper | Arrival Date | Gross Weight (LB) | Quantity | Foreign Port | US Port | Vessel Name | Country of Origin |
|---|---|---|---|---|---|---|---|---|---|
| LCD MONITOR 2 LCD MONITOR 20 | LG ELECTRONICS U S A INC | LG ELECTRONICS INC | 2010-06-01 | 22,088 | 25 CTN | PUSAN | LONG BEACH, CALIFOR | HANJIN BEIJING | SOUTH KOREA |
| LCD MONITOR 30(LIQUID CRYSTAL DISPLAY,MODEL SUP,DVV,VE | LG ELECTRONICS U S A, INC., 1000 | LG ELECTRONICS INC | 2010-04-23 | 1,572 | 5 CC | PUSAN | LONG BEACH, CALIFOR | HANJIN HONGKONG | SOUTH KOREA |
| LCD MONITOR 30 | LG ELECTRONICS U S A INC. | LG ELECTRONICS INC. | 2010-04-08 | 3,385 | 5 CTN | PUSAN | LONG BEACH, CALIFOR | HANJIN BOSTON | SOUTH KOREA |
| LCD MONITOR 20 | LG ELECTRONICS U S A INC. | LG ELECTRONICS INC. | 2010-04-30 | 14,093 | 13 CTN | PUSAN | LONG BEACH, CALIFOR | HANJIN BEIJING | SOUTH KOREA |
| LCD MONITOR 30 | LG ELECTRONICS U S A INC. | LG ELECTRONICS INC. | 2010-03-26 | 3,325 | 9 CTN | PUSAN | LONG BEACH, CALIFOR | HANJIN YANTIAN | SOUTH KOREA |
| LCD MONITOR | LG ELECTRONICS U S A INC. | LG ELECTRONICS INC. | 2010-07-24 | 7,262 | 14 CTN | PUSAN | LOS ANGELES, CALIFOR | OOCL LUXEXB | SOUTH KOREA |
| LCD MONITOR | LG ELECTRONICS U S A INC. | LG ELECTRONICS INC. | 2010-07-01 | 3,385 | 9 CTN | PUSAN | LONG BEACH, CALIFOR | HANJIN BERLIN | SOUTH KOREA |
| COMMERCIAL LCD MONITOR 28 (MFT WIDE) | LG ELECTRONICS U S A INC. | LG ELECTRONICS INC. | 2010-06-07 | 4,242 | 6 CTN | PUSAN | LONG BEACH, CALIFOR | HANJIN YANTIAN | SOUTH KOREA |
| LCD MONITOR | LG ELECTRONICS U S A INC. | LG ELECTRONICS INC. | 2010-06-09 | 3,358 | 9 CTN | PUSAN | LONG BEACH, CALIFOR | HANJIN DALLAS | SOUTH KOREA |
| COMMERCIAL LCD MONITOR 28 (MFT WIDE) | LG ELECTRONICS U S A INC. | LG ELECTRONICS INC. | 2010-04-21 | 2,794 | 4 CTN | PUSAN | LONG BEACH, CALIFOR | HANJIN BOSTON | SOUTH KOREA |
| 07 TFT LCD MODULE,07 TFT LCD MODULE,07 TFT LCD MODULE | LG INTERNATIONAL JAP | LG INTERNATIONAL JAP | 2010-04-18 | 15,606 | 12 CTN | SHANGHAI | LONG BEACH, CALIFOR | HANJIN BALTIMORE | CHINA |
| TFT LCD MODULE | LG ELECTRONICS U S A INC. | LG INTERNATIONAL JAP | 2010-04-28 | 7,329 | 13 CTN | SHANGHAI | LONG BEACH, CALIFOR | HANJIN BALTIMORE | CHINA |
| (LIQUID CRYSTAL DISPLAY LCD MONITOR 30,MODEL SUP,DVV,VE | LG ELECTRONICS U S A, INC., 1000 | LG ELECTRONICS INC | 2010-04-05 | 3,385 | 9 CC | PUSAN | LOS ANGELES, CALIFOR | APL THAILAND | SOUTH KOREA |
| (LIQUID CRYSTAL DISPLAY LCD MONITOR 28 (MFT WIDE LCD M | LG ELECTRONICS U S A, INC, 1000 | LG ELECTRONICS INC | 2010-06-06 | 778 | 1 CC | PUSAN | LOS ANGELES, CALIFOR | APL THAILAND | SOUTH KOREA |
| (LIQUID CRYSTAL DISPLAY LCD MONITOR 32,LCD MONITOR 2X, | LG ELECTRONICS U S A, INC, 1000 | LS ELECTRONICS INC | 2010-05-31 | 23,574 | 47 CC | PUSAN | LOS ANGELES, CALIFOR | APL LIBERTY | SOUTH KOREA |

EXHIBIT D
PAGE 20

ImportGenius

[New Search] [Visual Mapping] [Email Alerts] [Saved Searches] [Search History]

My document information | Logout

Enterprise Search

| Product Description | Consignee | Shipper | Arrival Date | Gross Weight (LB) | Quantity | Foreign Port | US Port | Vessel Name | Country of Origin |
|---|---|---|---|---|---|---|---|---|---|
| 32 TFT LCD MODULE2 TFT LCD MODULE | LG ELECTRONICS U S A INC. | LG INTERNATIONAL JAI | 2010-03-31 | 18,071 | 37 PKG | SHANGHAI | LONG BEACH, CALIFOI | HANJIN BERLIN | CHINA |
| LCD MONITOR | LG ELECTRONICS U S A INC. | LG ELECTRONICS INC | 2010-03-23 | 7,757 | 74 CTN | PUSAN | NEW YORK, NEW YORI | NYK CONSTELLATION | SOUTH KOREA |
| LCD LIQUID CRYSTAL DISPLAY) MONITOR 20(LCD6L SUFFIX)3 | LG ELECTRONICS U S A, INC. 1000 | LG ELECTRONICS INC | 2010-03-10 | 14,016 | 20 CC | PUSAN | LOS ANGELES, CALIFOI | APL SINGAPORE | SOUTH KOREA |
| LCD MONITOR | LG ELECTRONICS U S A INC. | LG ELECTRONICS INC . | 2010-03-04 | 5,419 | 11 CTN | PUSAN | LOS ANGELES, CALIFOI | BERLIN EXPRESS | SOUTH KOREA |
| LCD MONITOR | LG ELECTRONICS U S A INC. | LG ELECTRONICS INC. | 2010-03-04 | 5,245 | 11 CTN | PUSAN | LOS ANGELES, CALIFOI | BERLIN EXPRESS | SOUTH KOREA |
| LCD MONITOR | LG ELECTRONICS U S A INC. | LG ELECTRONICS INC. | 2010-03-04 | 5,379 | 11 CTN | PUSAN | LOS ANGELES, CALIFOI | BERLIN EXPRESS | SOUTH KOREA |
| LCD MONITOR | LG ELECTRONICS U S A INC. | LG ELECTRONICS INC. | 2010-03-02 | 8,656 | 17 CTN | PUSAN | NEW YORK, NEW YORI | NYK DEMETER | SOUTH KOREA |
| LCD MONITOR | LG ELECTRONICS U S A INC. | LG ELECTRONICS INC. | 2010-02-24 | 4,384 | 9 CTN | PUSAN | LOS ANGELES, CALIFOI | SAN FRANCISCO EXPR | SOUTH KOREA |
| LCD MONITOR | LG ELECTRONICS U S A INC. | LG ELECTRONICS INC. | 2010-02-24 | 4,122 | 9 CTN | PUSAN | LOS ANGELES, CALIFOI | SAN FRANCISCO EXPR | SOUTH KOREA |
| LCD MONITOR 20(LIQUID CRYSTAL_DISPLAY)MODEL SUFFIX)3 | LG ELECTRONICS U S A , INC. 1000 | LG ELECTRONICS INC | 2010-02-09 | 21,419 | 20 CC | PUSAN | LONG BEACH, CALIFOI | HYUNDAI COLOMBO | SOUTH KOREA |
| LCD MONITOR 38 LCD MONITOR 20(LIQUID CRYSTAL DISPLAY)3 | LG ELECTRONICS U S A, INC. 1000 | LG ELECTRONICS INC | 2010-02-08 | 10,845 | 16 CC | PUSAN | LONG BEACH, CALIFOI | HYUNDAI COLOMBO | SOUTH KOREA |
| LCD MONITOR20(LIQUID CRYSTAL DISPLAY)98637)2(MODEL SUFFIX | LG ELECTRONICS U S A, INC. 1000 | LG ELECTRONICS INC | 2010-02-03 | 2,095 | 3 CC | PUSAN | LONG BEACH, CALIFOI | HYUNDAI COLOMBO | SOUTH KOREA |
| LCD MONITOR26(LIQUID CRYSTAL DISPLAY)MODEL SUFFIX)2 | LG ELECTRONICS U S A, INC. 1000 | LG ELECTRONICS INC | 2010-02-03 | 332 | 1 CC | PUSAN | LONG BEACH, CALIFOI | HYUNDAI COLOMBO | SOUTH KOREA |
| LCD MONITORLCD MONITOR | LG ELECTRONICS U S A INC. | LG ELECTRONICS INC | 2010-02-11 | 17,292 | 34 CTN | PUSAN | LONG BEACH, CALIFOI | JERVIS BAY | SOUTH KOREA |
| LCD LIQUID CRYSTAL DISPLAY) MONITOR 2 LCD LIQUID CRYSI | LG ELECTRONICS U S A, INC. | LG ELECTRONICS INC | 2010-01-04 | 18,564 | 34 CT | PUSAN | LOS ANGELES, CALIFOI | APL JAPAN | SOUTH KOREA |

EXHIBIT D
PAGE 21

**ImportGenius**

New Search · Visual Mapping · Email Alerts · Saved Searches · Search History

Enterprise Search

| Product Description | Consignee | Shipper | Arrival Date | Gross Weight (LB) | Quantity - Foreign Port | US Port | Vessel Name, Country of Origin |
|---|---|---|---|---|---|---|---|
| LCD LIQUID CRYSTAL DISPLAY MONITOR 32MODEL BUFFIX C5* LG ELECTRONICS U S A, INC. | LG ELECTRONICS INC | 2010-01-04 | 7,139 | 7 CT : PUSAN | LOS ANGELES, CALIFO, API JAPAN | SOUTH KOREA |
| LCD MONITOR/APPLE | LG ELECTRONICS U S A INC. | LG ELECTRONICS INC | 2010-01-20 | 3,388 | 8 CT : PUSAN | LOS ANGELES, CALIFO, APL SINGAPORE | SOUTH KOREA |
| LCD MONITOR | LG ELECTRONICS U S A INC. | LG ELECTRONICS INC | 2010-01-20 | 7,283 | 14 PCS : PUSAN | NEW YORK, NEW YORK, KYKOSNER | SOUTH KOREA |
| LCD MONITOR/LCD MONITOR 36ISUB1983 APPLE-ELECTRONI | LG ELECTRONICS U S A INC. | LG ELECTRONICS INC | 2010-12-15 | 7,282 | 14 PCS : PUSAN | NEW YORK, NEW YORK, KYKHEMMA | SOUTH KOREA |
| LCD MONITOR 36/APPLE-ELECTRONICS GOODS | LG ELECTRONICS U S A INC. | LG ELECTRONICS INC | 2010-12-13 | 7,282 | 14 PCS : PUSAN | LOS ANGELES, CALIFO, OOCL JAPAN | SOUTH KOREA |
| LCD MONITOR/LCD MONITOR 300/APPLE | LG ELECTRONICS U S A INC. | LG ELECTRONICS INC | 2009-12-13 | 7,282 | 14 PCS : PUSAN | LOS ANGELES, CALIFO, OOCL JAPAN | SOUTH KOREA |
| LCD MONITOR/LCD MONITOR 300/APPLE | LG ELECTRONICS U S A INC. | LG ELECTRONICS INC. | 2009-12-13 | 3,594 | 12 PCS : PUSAN | LOS ANGELES, CALIFO, OOCL JAPAN | SOUTH KOREA |
| LCD LIQUID CRYSTAL DISPLAY MONITOR 26MODEL SUFFIXWK | LG ELECTRONICS U S A, INC. | LG ELECTRONICS INC | 2009-12-01 | 2,846 | 7 CT : PUSAN | LOS ANGELES, CALIFO, APL PHILIPPINES | SOUTH KOREA |
| LCD LIQUID CRYSTAL DISPLAY MONITOR 26MODEL SUFFIXWL2 | LG ELECTRONICS U S A, INC. | LG ELECTRONICS INC | 2009-12-01 | 11,289 | 17 CT : PUSAN | LOS ANGELES, CALIFO, APL PHILIPPINES | SOUTH KOREA |
| LCD MONITOR | LG ELECTRONICS U S A INC. | LG ELECTRONICS INC | 2009-11-29 | 7,282 | 14 PCS : PUSAN | NEW YORK, NEW YORK, KYKCONSTELLATION | SOUTH KOREA |
| TFT LCD MODULE/TFT LCD MODULE | NANJING SHARP ELEC | LG ELECTRONICS INC | 2009-11-14 | 19,442 | 53 CTN : SHANGHAI | LONG BEACH, CALIFOR, HANJIN BALTIMORE | CHINA |
| LCD LIQUID CRYSTAL DISPLAY/MONITOR 36MODEL SUFFIXYM | LG ELECTRONICS U S A INC. | LG ELECTRONICS INC | 2009-11-11 | 1,072 | 2 CT : PUSAN | LONG BEACH, CALIFOR, HYUNDAI HONGKONG | SOUTH KOREA |
| 42K 11 PSI/IPPS/43 LOAD AND COUNTSHID TO CONTAINED IK | LG ELECTRONIC U S A, INC. | LG ELECTRONICS INC | 2009-11-04 | 8,059 | 15 CT : PUSAN | LONG BEACH, CALIFOR, HYUNDAI SHANGHAI | SOUTH KOREA |
| LCD MONITOR/LCD MONITOR 10 | LG ELECTRONICS U S A INC. | LG ELECTRONICS INC. | 2009-10-30 | 7,282 | 14 PCS : PUSAN | LOS ANGELES, CALIFO, OOCL AMERICA | SOUTH KOREA |
| LCD MONITOR/LCD MONITOR 30 | LG ELECTRONICS U S A INC. | LG ELECTRONICS INC | 2009-10-30 | 7,282 | 14 PCS : PUSAN | LOS ANGELES, CALIFO, OOCL AMERICA | SOUTH KOREA |

EXHIBIT _D_

PAGE _22_

ImportGenius

New Search | Visual Mapping | Email Alerts | Saved Searches | Search History

Enterprise Search

New Search

Searched for [lg electronics] as a [Consignee and Searched for] in [Products has returned 43 results] 0.502 seconds.

| Product Description | Consignee | Shipper | Arrival Date | Gross Weight (LB) | Quantity | Foreign Port | US Port | Vessel Name | Country of Origin |
|---|---|---|---|---|---|---|---|---|---|
| LCD MONITORLCD MONITOR 30 | LG ELECTRONICS U S A INC. | LG ELECTRONICS INC. | 2009-10-30 | 7,282 | 14 PCS | PUSAN | LOS ANGELES, CALIFOR | OOCL AMERICA | SOUTH KOREA |
| LCD MONITORLCD MONITOR 30SPCUR6849 APPLE-ELECTRONIC | LG ELECTRONICS U S A INC. | LG ELECTRONICS INC. | 2009-10-09 | 7,282 | 14 PCS | PUSAN | LOS ANGELES, CALIFOR | OOCL DUBAI | SOUTH KOREA |
| LCD MONITORLCD MONITOR 32SPURS4849 APPLE-ELECTRONIC | LG ELECTRONICS U S A INC. | LG ELECTRONICS INC. | 2009-10-09 | 7,282 | 14 PCS | PUSAN | LOS ANGELES, CALIFOR | OOCL DUBAI | SOUTH KOREA |
| LCD MONITORLCD MONITOR 32SGATE 4APPLE | LG ELECTRONICS U S A INC. | LG ELECTRONICS INC. | 2009-10-09 | 7,282 | 14 PCS | PUSAN | LOS ANGELES, CALIFOR | OOCL DUBAI | SOUTH KOREA |
| LCD MONITORLCD MONITOR 30 | LG ELECTRONICS U S A INC. | LG ELECTRONICS INC. | 2009-10-09 | 7,282 | 14 PCS | PUSAN | LOS ANGELES, CALIFOR | OOCL DUBAI | SOUTH KOREA |
| LCD MONITORLCD MONITOR 30APPLE-ELECTRONICS GOODS | LG ELECTRONICS U S A INC. | LG ELECTRONICS INC. | 2009-10-09 | 7,282 | 14 PCS | PUSAN | LOS ANGELES, CALIFOR | OOCL DUBAI | SOUTH KOREA |
| LCD MONITORLCD MONITOR 30SPCUR6849 APPLE-ELECTRONIC | LG ELECTRONICS U S A INC. | LG ELECTRONICS INC. | 2009-10-09 | 7,282 | 14 PCS | PUSAN | LOS ANGELES, CALIFOR | OOCL DUBAI | SOUTH KOREA |
| LCD MONITOR | LG ELECTRONICS U S A INC. | LG ELECTRONICS INC. | 2009-10-07 | 14,659 | 24 CTN | PUSAN | LONG BEACH, CALIFOR | HANJIN PRETORIA | SOUTH KOREA |

16

# EXHIBIT E

# LG Electronics Inc.
### Interim Separate Financial Statements
June 30, 2010 and 2009

EXHIBIT E
PAGE 24

 

# LG Electronics Inc.
Index

| | Page(s) |
| --- | --- |
| Auditors' Review Report | 1 - 2 |
| **Interim Separate Financial Statements** | |
| Interim Statements of Financial Position | 3 |
| Interim Income Statements | 4 |
| Interim Statements of Comprehensive Income | 4 |
| Interim Statements of Changes in Shareholders' Equity | 5 |
| Interim Statements of Cash Flows | 6 |
| Notes to the Interim Separate Financial Statements | 7 - 53 |

EXHIBIT E
PAGE 25

**RESPECTED**
**TRUSTED**
**PROFESSIONAL** **SAMIL**

*PRICEWATERHOUSE COOPERS* [image]

**Auditors' Review Report**

To the Board of Directors and Shareholders of
LG Electronics Inc.

We have reviewed the accompanying interim separate statement of financial position of LG Electronics Inc. (the "Company") as of June 30, 2010, and the related separate income statements, statements of comprehensive income for the three-month and six-month periods ended June 30, 2010, and changes in shareholders' equity and cash flows for the six-month period ended June 30, 2010, expressed in Korean won. These interim separate financial statements are the responsibility of the Company's management. Our responsibility is to issue a report on these interim separate financial statements based on our review. We have not reviewed the interim separate income statements and statements of comprehensive income for the three-month and six-month periods ended June 30, 2009, and changes in shareholders' equity and cash flows for the six-month period ended June 30, 2009, presented herein for comparative purposes.

We conducted our review in accordance with semi-annual review standards established by the Securities and Futures Commission of the Republic of Korea. These standards require that we plan and perform our review to obtain moderate assurance as to whether the financial statements are free of material misstatement. A review is limited primarily to inquiries of company personnel and analytical procedures applied to financial data and thus provide less assurance than an audit. We have not performed an audit and, accordingly, we do not express an audit opinion.

Based on our review, nothing has come to our attention that causes us to believe that the interim separate financial statements referred to above are not presented fairly, in all material respects, in accordance with International Financial Reporting Standards as adopted by the Republic of Korea ("Korean IFRS").

We reviewed the non-consolidated income statements and statements of comprehensive income for the three-month and six-month periods ended June 30, 2009, and changes in shareholders' equity and cash flows for the six-month period ended June 30, 2009 in accordance with accounting standards generally accepted in the Republic of Korea (not Korean IFRS). Based on our review opinion dated August 7, 2009, we stated that nothing had come to our attention that caused us to believe that the non-consolidated interim financial statements referred to above were not presented fairly, in all material respects, in accordance with accounting principles generally accepted in the Republic of Korea. These non-consolidated interim financial statements are not included in this review report.

Samil PricewaterhouseCoopers
LS Yongsan Tower. 191, Hangangno 2-ga, Yongsan-gu, Seoul 140-702, Korea (Yongsan P.O Box 266, 140-600) www.samil.com

Samil PricewaterhouseCoopers is the Korean network firm of PricewaterhouseCoopers International Limited (PwCIL). "PricewaterhouseCoopers" and "PwC" refer to the network of member firms of PwCIL. Each member firm is a separate legal entity and does not act as an agent of PwCIL or any other member firm.

Without qualifying our opinion, we draw attention that the Company has adopted early the Korean IFRS on January 1, 2010, as explained in Note 2. These interim separate financial statements have been prepared in accordance with Korean IFRS issued and effective or issued and early adopted at the reporting date.

*Samil PricewaterhouseCoopers*

Seoul, Korea
August 23, 2010

This review report is effective as of August 23, 2010, the review report date. Certain subsequent events or circumstances, which may occur between the review report date and the time of reading this report, could have a material impact on the accompanying interim separate financial statements and notes thereto. Accordingly, the readers of the review report should understand that there is a possibility that the above review report may have to be revised to reflect the impact of such subsequent events or circumstances, if any.

2

EXHIBIT __E__
PAGE __27__



# LG Electronics Inc.
## Interim Separate Statements of Financial Position
### June 30, 2010 and December 31, 2009

| (In millions of Korean won) | Note | June 30, 2010 | December 31, 2009 |
|---|---|---|---|
| **Assets** | | | |
| **Current assets** | | | |
| Cash and cash equivalents | 23 | 716,276 | 789,966 |
| Financial deposits | 23 | 13,000 | 223,000 |
| Trade receivables | 4, 22 | 6,982,838 | 5,154,589 |
| Loans and other receivables | | 313,418 | 321,131 |
| Inventories | | 1,184,380 | 767,019 |
| Current income tax assets | | 2,169 | |
| Other current assets | | 630,134 | 435,989 |
| | | 9,742,215 | 7,691,694 |
| **Non-current assets** | | | |
| Financial deposits | | 29,087 | 23,023 |
| Loans and other receivables | | 344,409 | 339,784 |
| Other financial assets | | 85,633 | 82,707 |
| Property, plant and equipment | 5, 21 | 4,558,605 | 4,657,140 |
| Intangible assets | 5, 21 | 721,633 | 685,917 |
| Deferred income tax assets | | 90,511 | -- |
| Investments in subsidiaries, jointly controlled entities and associates | 6 | 7,909,350 | 7,897,109 |
| Investment property | | 9,932 | 10,020 |
| Other non-current assets | | 738,747 | 755,816 |
| | | 14,487,907 | 14,451,516 |
| **Total assets** | | 24,230,122 | 22,143,210 |
| **Liabilities** | | | |
| **Current liabilities** | | | |
| Trade payables | 22 | 4,925,281 | 3,819,977 |
| Borrowings | 7, 23 | 2,593,875 | 1,504,573 |
| Other payables | | 2,406,475 | 2,534,486 |
| Other financial liabilities | | -- | 61,722 |
| Current income tax liabilities | | -- | 57,088 |
| Provisions | 8 | 176,663 | 196,890 |
| Other current liabilities | | 590,407 | 493,694 |
| | | 10,692,701 | 8,668,430 |
| **Non-current liabilities** | | | |
| Borrowings | 7, 23 | 2,363,014 | 1,953,613 |
| Other financial liabilities | | 54,924 | 55,183 |
| Deferred income tax liabilities | | -- | 48,216 |
| Defined benefit liability | 9 | 197,858 | 203,280 |
| Provisions | 8 | 338,346 | 326,533 |
| | | 2,954,142 | 2,586,825 |
| **Total liabilities** | | 13,646,843 | 11,255,255 |
| **Equity** | | | |
| **Paid-in capital** | | | |
| Capital stock | | 809,169 | 809,169 |
| Share premium | | 2,207,919 | 2,207,919 |
| Retained earnings | 10 | 7,587,704 | 7,892,549 |
| Accumulated other comprehensive income | | 11,306 | 11,137 |
| Other components of equity | 11 | (32,819) | (32,819) |
| **Total equity** | | 10,583,279 | 10,887,955 |
| **Total liabilities and equity** | | 24,230,122 | 22,143,210 |

The accompanying notes are an integral part of these interim separate financial statements.

EXHIBIT __E__
PAGE __28__




**LG Electronics Inc.**

Interim Separate Income Statements and Statements of Comprehensive Income
Three-Month and Six-Month Periods Ended June 30, 2010 and 2009

| (In millions of Korean won, except per share amounts) | Note | 2010 | | 2009 (Unreviewed) | |
|---|---|---|---|---|---|
| | | Three-Month | Six-Month | Three-Month | Six-Month |
| Net sales | 12, 22 | 7,653,107 | 14,880,444 | 8,477,122 | 15,551,219 |
| Cost of sales | 13, 22 | 6,441,404 | 12,279,309 | 6,290,608 | 11,692,199 |
| Gross profit | | 1,211,703 | 2,601,135 | 2,186,514 | 3,859,020 |
| Selling and marketing expenses | 13,14 | 818,385 | 1,512,674 | 837,155 | 1,536,995 |
| Administrative expenses | 13,14 | 151,978 | 272,618 | 118,728 | 226,407 |
| Research and development expenses | 13,14 | 361,295 | 682,844 | 318,557 | 606,375 |
| Service expenses | 13,14 | 111,600 | 219,005 | 176,511 | 310,094 |
| Other operating income | 15 | 529,331 | 787,044 | 396,908 | 1,200,971 |
| Other operating expenses | 13, 16 | 510,582 | 800,408 | 387,768 | 1,123,905 |
| Operating income (loss) | | (212,786) | (119,370) | 761,703 | 1,254,215 |
| Financial income | | 148,701 | 399,934 | 369,179 | 924,880 |
| Financial expenses | | 330,880 | 439,231 | 127,766 | 1,033,978 |
| Profit (loss) before income tax | | (394,965) | (158,667) | 1,003,116 | 1,145,097 |
| Income tax expense (income) | | (144,025) | (136,735) | 227,970 | 264,065 |
| Profit (loss) for the period | | (250,940) | (21,932) | 775,146 | 881,032 |
| Earnings (loss) per share during the period (in won) | | | | | |
| Earnings (loss) per share | 17 | (1,559) | (139) | 4,811 | 5,467 |

| (in millions of Korean won) | | 2010 | | 2009 (Unreviewed) | |
|---|---|---|---|---|---|
| | Note | Three-Month | Six-Month | Three-Month | Six-Month |
| Profit (loss) for the period | | (250,940) | (21,932) | 775,146 | 881,032 |
| Other comprehensive income | | | | | |
| Available-for-sale financial assets | | 1,249 | 169 | 816 | 4,269 |
| Actuarial gain (loss) on defined benefit liability | 9 | (227) | (188) | 917 | 1,827 |
| Other comprehensive income for the period, net of tax | | 1,022 | (19) | 1,733 | 6,096 |
| Total comprehensive income(loss) for the period | | (249,918) | (21,951) | 776,879 | 887,128 |

The accompanying notes are an integral part of these interim separate financial statements.

4

EXHIBIT  E
PAGE  29

**LG Electronics Inc.**

Interim Separate Statements of Changes in Shareholders' Equity
Six-Month Periods Ended June 30, 2010 and 2009

| (in millions of Korean won) | Note | Paid-In Capital | Retained Earnings | Accumulated Other Comprehensive Income | Other Components of Equity | Total |
|---|---|---|---|---|---|---|
| Balance at January 1, 2009 | | 3,017,088 | 8,804,163 | 4,235 | (32,819) | 9,792,667 |
| Comprehensive Income | | | | | | |
| Profit for the period | | - | 881,032 | - | - | 881,032 |
| Actuarial gain on defined benefit liability | 9 | - | 1,827 | - | - | 1,827 |
| Available-for-sale financial assets | | - | - | 4,269 | - | 4,269 |
| Dividends | 18 | - | (57,232) | - | - | (57,232) |
| Balance at June 30, 2009 (Unreviewed) | | 3,017,088 | 7,629,790 | 8,604 | (32,819) | 10,622,563 |
| Balance at January 1, 2010 | | 3,017,088 | 7,892,549 | 11,137 | (32,819) | 10,887,955 |
| Comprehensive Income | | | | | | |
| Loss for the period | | - | (21,932) | - | - | (21,932) |
| Actuarial loss on defined benefit liability | 9 | - | (188) | - | - | (188) |
| Available-for-sale financial assets | | - | - | 169 | - | 169 |
| Dividends | 18 | - | (282,725) | - | - | (282,725) |
| Balance at June 30, 2010 | | 3,017,088 | 7,587,704 | 11,306 | (32,819) | 10,583,279 |

The accompanying notes are an integral part of these interim separate financial statements.

5

EXHIBIT   E
PAGE   30




**LG Electronics Inc.**
Interim Separate Statements of Cash Flows
Six-Month periods Ended June 30, 2010 and 2009

| (in millions of Korean won) | Note | Six-Month Period Ended June 30 | |
| --- | --- | --- | --- |
| | | 2010 | 2009 (Unreviewed) |
| **Cash flows from operating activities** | | | |
| Cash generated from operations | 19 | (1,076,622) | 1,461,830 |
| Interest received | | 21,548 | 15,338 |
| Interest paid | | (64,699) | (110,100) |
| Dividends received | | 91,250 | 131,319 |
| Income tax expense paid | | (63,051) | (125,290) |
| Net cash generated (used) from operating activities | | (1,090,574) | 1,373,097 |
| **Cash flows from investing activities** | | | |
| Decrease in financial deposits | | 203,936 | 48,875 |
| Decrease in loans and other receivables | | 31,115 | 41,648 |
| Proceeds from disposal of other financial assets | | 68,339 | 30,703 |
| Proceeds from disposal of investments in subsidiaries, jointly controlled entities and associates | | 120,027 | - |
| Proceeds from disposal of property, plant and equipment | | 12,813 | 60,995 |
| Proceeds from disposal of intangible assets | | 170 | 5,220 |
| Decrease in other assets | | 88 | 438 |
| Increase in loans and other receivables | | (38,205) | (43,474) |
| Acquisition of other financial assets | | (83,690) | (102,221) |
| Acquisition of investments in subsidiaries, jointly controlled entities and associates | | (132,268) | (43,663) |
| Acquisition of property, plant and equipment | | (170,461) | (213,402) |
| Acquisition of intangible assets | | (113,813) | (58,670) |
| Net cash used in investing activities | | (99,949) | (273,551) |
| **Cash flows from financing activities** | | | |
| Proceeds from borrowings | | 2,128,158 | 598,562 |
| Repayments of borrowings | | (728,600) | (1,597,846) |
| Dividends paid | | (282,725) | (57,232) |
| Net cash provided by (used in) financing activities | | 1,116,833 | (1,056,516) |
| Net increase (decrease) in cash and cash equivalents | | (73,690) | 42,930 |
| Cash and cash equivalents at the beginning of period | | 789,966 | 1,156,645 |
| Cash and cash equivalents at the end of period | | 716,276 | 1,199,575 |

The accompanying notes are an integral part of these interim separate financial statements.

6

EXHIBIT E
PAGE 31

**LG Electronics Inc.**
Notes to the Interim Separate Financial Statements
June 30, 2010 and 2009, and December 31, 2009

### 1. General Information

LG Electronics Inc. (the "Company") was spun-off from LG Electronics Investment Ltd. on April 1, 2002, to engage in the manufacture and sale of electronic, information and communication products. The Company's shares are listed on the Korea Exchange and some of its preferred shares, in form of global depositary receipts ("DRs"), are listed on the London Stock Exchange as of the reporting date. The Company is domiciled in Korea at Yeouido-dong, Yeungdeungpo-gu, Seoul.

The Company is engaged in the manufacture and sale of electronic, information and communication products including mobile phones, TVs, air conditioners, refrigerators, washing machines, personnel computers and its core parts. As of June 30, 2010, the Company operates manufacturing facilities mainly in Pyeongtaek, Changwon, Cheongju and Gumi in the Republic of Korea.

As of June 30, 2010, LG Corp. and its related parties own 34.8% of the Company's total shares, excluding preferred shares, while financial institutions, foreign investors and others own the rest.

### 2. Significant Accounting Policies

The principal accounting policies applied in the preparation of these interim separate financial statements are set out below. These policies have been consistently applied to all the periods presented, unless otherwise stated.

**Basis of Preparation**

The financial statements are prepared in accordance with International Financial Reporting Standards as adopted by the Republic of Korea ("Korean IFRS"). These are the standards, subsequent amendments and related interpretations issued by the International Accounting Standards Board ("IASB") that have been adopted by the Republic of Korea.

The non-consolidated financial statements of the Company were prepared in accordance with accounting principles generally accepted in the Republic of Korea ("K-GAAP"). The Company's Korean IFRS transition date according to Korean IFRS 1101, *'First-time Adoption of Korean IFRS'*, is January 1, 2009, and reconciliations and descriptions of the effect of the transition from K-GAAP to Korean IFRS on the Company's equity, its comprehensive income and cash flows are provided in Note 24.

The interim separate financial statements for the six-month period ended June 30, 2010, have been prepared in accordance Korean IFRS 1034, *'Interim Financial Reporting'*, and are subject to Korean IFRS 1101, *'First-time Adoption of Korean IFRS'*. These interim separate financial statements have been prepared in accordance with the Korean IFRS standards and interpretations issued and effective or issued and early adopted at the reporting date. The Korean IFRS standards and interpretations that will be applicable at  December 31, 2010,

EXHIBIT  E
PAGE  32

 

**LG Electronics Inc.**
Notes to the Interim Separate Financial Statements
June 30, 2010 and 2009, and December 31, 2009

including those that will be applicable on an optional basis, are not known with certainty at the time of preparing these interim separate financial statements.

The preparation of interim separate financial statements in accordance with Korean IFRS 1034 requires the use of certain critical accounting estimates. It also requires management to exercise judgement in the process of applying the Company's accounting policies. The areas involving a higher degree of judgement or complexity, or areas where assumptions and estimates are significant to the separate financial statements, are disclosed in Note 3.

### Investments in Subsidiaries, Jointly Controlled Entities and Associates

The attached statements are the separate financial statements subject to Korean IFRS 1027, *'Consolidated and Separate Financial Statements'*, and are those presented by a parent. The investments in subsidiaries, associates or jointly controlled entities are recorded at acquisition cost on the basis of the direct equity interest. As of the date of transition to Korean IFRS, K-GAAP carrying amount at the transition date is used as its deemed cost. The Company recognises a dividend from a subsidiary, jointly controlled entity or associate in profit or loss when its right to receive the dividend is established.

### Segment Reporting

Operating segments are established on the basis of business divisions whose internal reporting is provided to the chief operating decision-maker who is the chief executive officer. The information of the operating segments is disclosed in Note 4 to the interim consolidated financial statements, subject to Korean IFRS 1108, *'Operating Segments'*.

### Foreign Currency Translation

The Company's functional and presentation currency is 'Korean won'. Foreign currency transactions are translated into the functional currency using the exchange rates prevailing at the dates of the transactions or valuation where items are re-measured. Foreign exchange gains and losses resulting from the settlement of such transactions and from the translation at each reporting date exchange rates of monetary assets and liabilities denominated in foreign currencies are recognised in the income statement.

Foreign exchange gains and losses that relate to borrowings and cash and cash equivalents are reported in 'financial income and expenses' in the separate income statement. All other foreign exchange gains and losses are reported in 'other operating income and expenses' in the separate income statement.

Changes in the fair value of monetary securities denominated in foreign currency classified as available-for-sale are analysed between translation differences resulting from changes in the amortised cost of the security and other changes in the carrying amount of the security. Translation differences related to changes in amortised cost are recognised in profit or loss, and other changes in carrying amount are recognised in equity.

8

EXHIBIT __E__
PAGE __33__

**LG Electronics Inc.**
Notes to the Interim Separate Financial Statements
June 30, 2010 and 2009, and December 31, 2009

Translation differences on non-monetary financial assets and liabilities such as equities held at fair value through profit or loss are recognised in the income statement as part of the fair value gain or loss. Translation differences on non-monetary financial assets such as equities classified as available-for-sale are included in the equity.

Cash and Cash Equivalents

Cash and cash equivalents include cash in hand, deposits held at call with banks, and other short-term highly liquid investments with original maturities less than three months.

Financial Instruments

(a) Classification

The Company classifies its financial assets in the following categories: financial assets and liabilities at fair value through profit or loss, loans and receivables, available-for-sale financial assets, held-to-maturity investment, and other financial liabilities at amortised cost. The classification depends on the purpose for which the financial assets were acquired and the nature of the instruments. Management determines the classification of its financial assets at initial recognition.

i)   Financial assets and liabilities at fair value through profit or loss

Financial assets and liabilities at fair value through profit or loss are financial instruments held for trading. Financial assets and liabilities are classified in this category if acquired or incurred principally for the purpose of selling or repurchasing it in the near term. Derivatives that are not subject to hedge accounting and financial instruments having embedded derivatives are also included in this category. The Company's financial assets and liabilities at fair value through profit or loss comprise 'other financial assets' and 'other financial liabilities'.

ii)   Loans and receivables

Loans and receivables are non-derivative financial assets with fixed or determinable payments that are not quoted in an active market. They are included in current assets, except for maturities greater than 12 months after the end of the reporting period. These are classified as non-current assets. The Company's loans and receivables comprise 'cash and cash equivalents', 'financial deposits', 'trade receivables', 'loans and other receivables'.

iii)   Held-to-maturity investments

Held-to-maturity financial assets are non-derivative financial assets with fixed or determinable payments and fixed maturities that the Company's management has the positive intention and ability to hold to maturity and are classified as 'other financial assets' in the separate statement of financial position. If the Company were to sell other than an insignificant amount of held-to-maturity financial assets, the whole category would be tainted and reclassified as available-for-

9

EXHIBIT  E
PAGE   34

**LG Electronics Inc.**
Notes to the Interim Separate Financial Statements
June 30, 2010 and 2009, and December 31, 2009

sale. Held-to-maturity financial assets are included in non-current assets, except for those with maturities less than 12 months after the end of the reporting period, which are classified as current assets.

iv)   Available-for-sale financial assets

Available-for-sale financial assets are non-derivative financial assets that are either designated in this category or not classified in any of the other categories. They are included in 'other financial assets' as non-current assets unless maturities are less than 12 months or management intends to dispose of within 12 months after the end of the reporting period.

v)   Financial liabilities measured at amortised cost

The Company classifies non-derivative financial liabilities as financial liabilities measured at amortised cost except for financial liabilities at fair value through profit or loss or financial liabilities that arise when a transfer of a financial asset does not qualify for derecognition. In this case the transferred asset continues to be recognised and a financial liability is measured at the consideration received. Financial liabilities measured at amortised cost are included in non-current liabilities, except for maturities less than 12 months after the end of the reporting period, which are classified as current liabilities.

(b) *Recognition and Measurement*

Regular purchases and sales of financial assets are recognised on the trade date. Investments are initially recognised at fair value plus transaction costs for all financial assets not carried at fair value through profit or loss. Financial assets carried at fair value through profit or loss are initially recognised at fair value, and transaction costs are expensed in the separate income statement. Financial assets are derecognised when the rights to receive cash flows from the investments have expired or have been transferred and the Company has transferred substantially all risks and rewards of ownership. Available-for-sale financial assets and financial assets at fair value through profit or loss are subsequently carried at fair value. Loans and receivables are subsequently carried at amortised cost using the effective interest method.

Gains or losses arising from changes in the fair value of the financial assets carried at fair value through profit or loss are presented in the separate income statement within 'financial income and expenses' in the period in which they arise. The Company recognises a dividend from financial assets at fair value through profit or loss in the separate income statement when its right to receive the dividend is established.

When securities classified as available-for-sale are sold or impaired, the accumulated fair value adjustments recognised in equity are reported in the separate income statement as 'financial income and expenses'.

Interest on available-for-sale securities calculated using the effective interest method is recognised in the separate income statement as part of 'financial income'. Dividends on

10

 

**LG Electronics Inc.**
**Notes to the Interim Separate Financial Statements**
**June 30, 2010 and 2009, and December 31, 2009**

available-for-sale equity instruments are recognised in the separate income statement as part of 'financial income' when the Company's right to receive the dividend is established.

**Impairment of Financial Assets**

(a) Assets carried at amortised cost

The Company assesses at the end of each reporting period whether there is objective evidence that a financial asset or a group of financial assets is impaired. A financial asset or a group of financial assets is impaired and impairment losses are incurred only if there is objective evidence of impairment as a result of one or more events that occurred after the initial recognition of the asset (a 'loss event') and that loss event (or events) has an impact on the estimated future cash flows of the financial asset or a group of financial assets that can be reliably estimated.

The criteria that the Company uses to determine that there is objective evidence of an impairment loss include:

- Significant financial difficulty of the issuer or obligor;
- A breach of contract, such as a default or delinquency in interest or principal payments;
- For economic or legal reasons relating to the borrower's financial difficulty, granting to the borrower a concession that the lender would not otherwise consider;
- It becomes probable that the borrower will enter bankruptcy or other financial reorganisation;
- The disappearance of an active market for that financial asset because of financial difficulties; or
- Observable data indicating that there is a measurable decrease in the estimated future cash flows from a portfolio of financial assets since the initial recognition of those assets, although the decrease cannot yet be identified with the individual financial assets in the portfolio, including:
    - (i) adverse changes in the payment status of borrowers in the portfolio;
    - (ii) national or local economic conditions that correlate with defaults on the assets in the portfolio.

The amount of the loss is measured as the difference between the asset's carrying amount and the present value of estimated future cash flows (excluding future credit losses that have not been incurred) discounted at the financial asset's original effective interest rate. The asset's carrying amount of the asset is reduced and the amount of the loss is recognised in the income statement. As a practical expedient, the Company may measure impairment on the basis of an instrument's fair value using an observable market price.

If, in a subsequent period, the amount of the impairment loss decreases and the decrease can be related objectively to an event occurring after the impairment was recognised (such as an improvement in the debtor's credit rating), the reversal of the previously recognised impairment loss is recognised in the income statement.

11

EXHIBIT __E__
PAGE __36__

**LG Electronics Inc.**
Notes to the Interim Separate Financial Statements
June 30, 2010 and 2009, and December 31, 2009

(b)   Assets classified as available-for-sale

The Company assesses at the each reporting date whether there is an objective evidence that a financial asset or a group of financial assets is impaired. For debt securities, the Company uses the criteria refer to (a) above. In the case of equity investments classified as available-for-sale, a significant or prolonged decline in the fair value of the security below its cost is also evidence that the assets are impaired. If any such evidence exists for available-for-sale financial assets, the cumulative loss – measured as the difference between the acquisition cost and the current fair value, less any impairment loss on that financial asset previously recognised in profit or loss – is removed from equity and recognised in the income statement. Impairment losses recognised in the income statement on equity instruments are not reversed through the income statement. If, in a subsequent period, the fair value of a debt instrument classified as available-for-sale increases and the increase can be objectively related to an event occurring after the impairment loss was recognised in profit or loss, the impairment loss is reversed through the income statement.

**Derivative Financial Instruments**

Derivatives are initially recognised at fair value on the date a derivative contract is entered into and are subsequently re-measured at their fair value. When hedge does not meet the criteria for hedge accounting, changes in fair value of those are recognised typically to the separate income statement within 'other operating income and expenses' or 'financial income and expenses' according to the nature of transactions.

**Trade Receivables**

Trade receivables are amounts due from customers for merchandise sold or services performed in the ordinary course of business. If collection is expected in one year or less, they are classified as current assets. If not, they are presented as non-current assets. Trade receivables are recognised initially at fair value, less provision for impairment.

**Inventories**

Inventories are stated at the lower of cost and net realisable value. Cost is determined using the weighted-average method, except for inventories in-transit which are determined using the specific identification method. The cost of finished goods and work in progress comprises raw materials, direct labour, other direct costs and related production overheads (based on normal operating capacity). It excludes borrowing costs. Net realisable value is the estimated selling price in the ordinary course of business, less applicable variable selling expenses.

**Property, Plant and Equipment**

All property, plant and equipment are stated at historical cost less depreciation except for certain land which was measured at fair value as deemed cost. Historical cost includes expenditures directly attributable to the acquisition of the items.

EXHIBIT __E__
PAGE __37__

 

**LG Electronics Inc.**
Notes to the Interim Separate Financial Statements
June 30, 2010 and 2009, and December 31, 2009

Subsequent costs are included in the asset's carrying amount or recognised as a separate asset, as appropriate, only when it is probable that future economic benefits associated with the item will flow to the Company and the cost of the item can be measured reliably. The carrying amount of the replaced part is derecognised. All other repairs and maintenance are charged to the separate income statement during the financial period in which they are incurred.

Land is not depreciated. Depreciation on other assets is calculated using the straight-line method to allocate the difference between their cost and their residual values over their estimated useful lives, as follows:

| | |
|---|---|
| Buildings | 20 - 40 years |
| Structures | 20 - 40 years |
| Machinery | 5 - 10 years |
| Vehicles | 5 years |
| Tools | 1 - 5 years |
| Equipment | 5 years |
| Others | 5 years |

The assets' residual values and useful lives are reviewed, and adjusted if appropriate, at the each reporting date. An asset's carrying amount is written down immediately to its recoverable amount if the asset's carrying amount is greater than its estimated recoverable amount. Gains and losses on disposals are determined by comparing the proceeds with the carrying amount and are recognised within 'other operating income and expenses' in the separate income statement.

**Borrowing Costs**

The Company capitalises borrowing costs directly attributable to the acquisition or construction of qualifying asset as part of the cost of that asset during an extended period in which it prepares an asset for its intended use. The Company recognises other borrowing costs as an expense in the period incurred.

**Government Grants**

Grants from the government are recognised at their fair value where there is a reasonable assurance that the grant will be received and the Company will comply with all attached conditions.

Government grants relating to costs are deferred and recognised in the separate income statement to match them with the costs they are intended to compensate.

Government grants relating to property, plant and equipment are presented as a deduction of related assets and are credited to depreciation over the expected lives of the related assets.

13

EXHIBIT E
PAGE 38




**LG Electronics Inc.**
**Notes to the Interim Separate Financial Statements**
**June 30, 2010 and 2009, and December 31, 2009**

Intangible Assets

(a) *Goodwill*

Goodwill represents the excess of the aggregate of the consideration transferred and the acquisition-date fair value of the Company's previously held equity interest in the acquiree over the net identifiable assets at the date of acquisition. Goodwill is tested annually for impairment and carried at cost less accumulated impairment losses. Impairment losses on goodwill are not reversed.

(b) *Industrial property rights*

Industrial property rights are shown at historical cost. Industrial property rights have a finite useful life and are carried at cost less accumulated amortisation. Amortisation is calculated using the straight-line method to allocate the cost of industrial property rights over their estimated useful lives of five to ten years.

(c) *Development costs*

Development costs which are individually identifiable and directly related to a new technology or to new products which carry probable future benefits are capitalised as intangible assets. Amortisation of development costs based on the straight-line method over their estimated useful lives of one to five years begins at the commencement of the commercial production of the related products or use of the related technology.

(d) *Other intangible assets*

Other intangible assets such as software which meet the definition of an intangible asset are amortised using the straight-line method over their estimated useful lives of five years when the asset is available for use. Membership rights are regarded as intangible assets with indefinite useful life and not amortised because there is no foreseeable limit to the period over which the asset is expected to generate net cash inflows for the entity. All membership rights are tested annually for impairment and stated at cost less accumulated impairment. Impairment losses are not reversed.

Research and Development Costs

Costs associated with research are recognised as an expense as incurred. Costs that are identifiable, controllable and directly attributable to development projects are recognised as intangible assets when all the following criteria are met:

- It is technically feasible to complete the intangible asset so that it will be available for use;

- Management intends to complete the intangible asset and use or sell it;

- There is the ability to use or sell the intangible asset;

14

EXHIBIT _E_
PAGE _39_

**LG Electronics Inc.**
**Notes to the Interim Separate Financial Statements**
**June 30, 2010 and 2009, and December 31, 2009**

- It can be demonstrated how the intangible asset will generate probable future economic benefits;
- Adequate technical, financial and other resources to complete the development and to use or sell the intangible asset are available; and
- The expenditure attributable to the intangible asset during its development can be reliably measured.

Other development expenditures that do not meet these criteria are recognised as an expense as incurred. Development costs previously recognised as an expense are not recognised as an asset in a subsequent period. Capitalised development costs which are stated as intangible assets are amortised using the straight-line method when the assets are available for use and are tested for impairment.

**Investment Property**

Investment property is held to earn rentals or for capital appreciation or both. Investment property is measured initially at its cost including transaction costs incurred in acquiring the asset. After recognition as an asset, investment property is carried at its cost less any accumulated depreciation and any accumulated impairment losses.

Subsequent costs are included in the asset's carrying amount or recognised as a separate asset, only when it is probable that future economic benefits associated with the item will flow to the Company and the cost of the item can be measured reliably. The carrying amount of the replaced part is derecognised. All other repairs and maintenance are charged to the income statement during the financial period in which they are incurred.

Land held for investment property is not depreciated. Investment property except for land is depreciated using the straight-line method over their estimated useful lives.

The depreciation method, the residual value and the useful life of an asset are reviewed at least at each financial year end and, if the management judges that previous estimates should be adjusted, the change is accounted for as a change in an accounting estimate.

**Impairment of Non-Financial Assets**

Goodwill and intangible assets that have an indefinite useful life are not subject to amortisation and are tested annually for impairment. At each reporting date, assets that are subject to amortisation are reviewed for impairment whenever events or changes in circumstances indicate that the carrying amount may not be recoverable. An impairment loss is recognised for the amount by which the asset's carrying amount exceeds its recoverable amount. The recoverable amount is the higher of an asset's fair value less costs to sell and value in use. For the purposes of assessing impairment, assets are grouped at the lowest levels for which there are separately identifiable cash flows ('cash-generating units'). Non-financial assets other than goodwill or intangible assets with an indefinite useful life that suffered impairment are reviewed

15

 

**LG Electronics Inc.**
Notes to the Interim Separate Financial Statements
June 30, 2010 and 2009, and December 31, 2009

for possible reversal of the impairment at each reporting date.

**Trade Payables**

Trade payables are obligations to pay for goods or services that have been acquired in the ordinary course of business from suppliers. Trade payables are classified as current liabilities if payment is due within one year or less. If not, they are presented as non-current liabilities. Trade payables are recognised initially at fair value and subsequently measured at amortised cost using the effective interest method.

**Borrowings**

Borrowings are recognised initially at fair value, net of transaction costs incurred. Borrowings are subsequently carried at amortised cost; any difference between the proceeds (net of transaction costs) and the redemption value is recognised in the income statement over the period of the borrowings using the effective interest method. The Company classifies the liability as current as long as it does not have an unconditional right to defer its settlement for at least 12 months after the reporting date. Terms of a liability that could, at the option of the counterparty, result in its settlement by the issue of equity instruments do not affect its classification.

**Current and Deferred Income Tax**

The tax expense for the period comprises current and deferred tax. Tax is recognised in the income statement, except to the extent that it relates to items recognised in other comprehensive income or directly in equity. In this case, the tax is also recognised in other comprehensive income or directly in equity, respectively.

Management periodically evaluates positions taken in tax returns with respect to situations in which applicable tax regulation is subject to interpretation. It establishes provisions where appropriate on the basis of amounts expected to be paid to the tax authorities.

Deferred income tax is recognised on temporary differences arising between the tax bases of assets and liabilities and their carrying amounts in the financial statements. It represents future tax consequences that will arise when recovering or settling the carrying amount of its assets and liabilities. However, deferred income tax is not accounted for if it arises from initial recognition of an asset or liability in a transaction other than a business combination that at the time of the transaction affects neither accounting nor taxable profit or loss. Deferred income tax is determined using tax rates (and laws) that have been enacted or substantially enacted by the date of statement of financial position and are expected to apply when the related deferred income tax asset is realised or the deferred income tax liability is settled.

Deferred income tax assets are recognised only to the extent that it is probable that future taxable profit will be available against which the temporary differences can be utilised.

16

EXHIBIT  E
PAGE  41

**LG Electronics Inc.**
Notes to the Interim Separate Financial Statements
June 30, 2010 and 2009, and December 31, 2009

Deferred income tax liabilities is provided on temporary differences arising on investments in subsidiaries and associates, except where the timing of the reversal of the temporary difference is controlled by the group and it is probable that the temporary difference will not reverse in the foreseeable future. Deferred income tax assets are recognised only to the extent that it is probable that the temporary difference will reverse in the foreseeable future and taxable profit will be available against which the temporary difference can be utilised.

Deferred income tax assets and liabilities are offset when there is a legally enforceable right to offset current tax assets against current tax liabilities and when the deferred income taxes assets and liabilities relate to income taxes levied by the same taxation authority on either the taxable entity.

Interim period income tax expense is accrued using the tax rate that would be applicable to expected total annual earnings applied to the pre-tax income of the interim period.

**Provisions**

Provisions are recognised when the Company has a present legal or constructive obligation as a result of past events and an outflow of resources required to settle the obligation is probable and can be reliably estimated. Provisions are not recognised for future operating losses.

A warranty reserve is accrued for the estimated costs of future warranty claims based on historical experience. Sales return provision is for the estimated sales returns based on the historical. Where the Company is required to restore its leased assets to their original state at the end of the lease-term, the Company recognises the present value of the estimated cost of restoration as a provision for restoration. When there is a probability that an outflow of economic benefits will occur from litigation or disputes, and whose amount is reasonably estimable, a corresponding amount of provision is recognised as litigation and others in the financial statement.

Provisions are measured at the present value of the expenditures expected to be required to settle the obligation using a pre-tax rate that reflects current market assessments of the time value of money and the risks specific to the obligation. The increase in the provision due to passage of time is recognised as an interest expense.

**Employee Benefits**

(a) *Defined benefit liability*

The Company operates various pension schemes. The schemes are generally funded through payments to insurance companies or trustee-administered funds, determined by periodic actuarial calculations. The Company operates both defined contribution and defined benefit plans.

A defined contribution plan is a pension plan under which the Company pays fixed contributions into a separate fund. The Company has no legal or constructive obligations to pay further

17

EXHIBIT E
PAGE 42

**LG Electronics Inc.**
Notes to the Interim Separate Financial Statements
June 30, 2010 and 2009, and December 31, 2009

contributions even if the fund does not hold sufficient assets to pay all employees the benefits relating to employee service in the current and prior periods. For the defined contribution plan, the Company pays contributions to publicly or privately administered pension insurance plans on a mandatory, contractual or voluntary basis. The Company has no further payment obligations once the contributions have been paid. The contributions are recognised as employee benefit expense when they are due. Prepaid contributions are recognised as an asset to the extent that a cash refund or a reduction in the future payments is available.

A defined benefit plan is a pension plan that is not a defined contribution plan. Typically defined benefit plans define an amount of pension benefit that an employee will receive on retirement, usually dependent on one or more factors such as age, years of service and compensation. The liability recognised in the separate statement of financial position in respect of the defined benefit pension plan is the present value of the defined benefit liability at the end of the reporting period less the fair value of plan assets. The defined benefit liability is calculated annually by independent actuaries using the projected unit credit method. The present value of the defined benefit liability is determined by discounting the estimated future cash outflows using interest rates of high-quality corporate bonds that are denominated in the currency in which the benefits will be paid, and that have terms to maturity approximating to the terms of the related pension liability.

Actuarial gains and losses arising from experience adjustments and changes in actuarial assumptions are charged or credited to other comprehensive income in the period in which they arise.

(b) Share-based payments

The Company operates cash-settled, share-based compensation plans, under which the Company receives services from employees as consideration for the payments of the difference between market price of the stock and exercise price. The fair value of the employee services received in exchange for the grant of the options is recognised as an expense in the separate income statement over the vesting period. The total amount to be expensed is determined by reference to the fair value of the options granted considering the impact of any service and performance vesting conditions and non-vesting condition. Until the liability is settled, the Company shall remeasure the fair value of the liability at each reporting date and at the date of settlement, with any changes in fair value recognised in profit or loss for the period.

(c) Other long-term employee benefits

The Company provides other long-term employee benefits to their employees. The entitlement to these benefits is usually conditional on the employee working more than ten years. The expected costs of these benefits are accrued over the period of employment using the same accounting methodology as used for defined benefit pension plans. Actuarial gains and losses arising from experience adjustments and changes in actuarial assumptions are recognised in the income statement as they occur. These benefits are calculated annually by independent actuaries.

EXHIBIT  E
PAGE  43