CLOSED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SONY CORPORATION, A Japanese corporation, | CASE NO. CV11-01210 RGK (FMOx) |
| Plaintiff, | **ORDER DISMISSING CASE WITHOUT PREJUDICE** |
| vs. | |
| LG ELECTRONICS, INC., a Korean Corporation and LG ELECTRONICS USA, INC., a Delaware corporation, | |
| Defendants. | |

1     Having carefully considered the parties' Stipulation of Dismissal without
2 Prejudice,
3     **IT IS HEREBY ORDERED THAT** all claims and counterclaims asserted
4 in this action are hereby dismissed without prejudice based on a confidential
5 settlement agreement between the parties. Each party shall bear its own costs and
6 attorneys' fees.
7     **IT IS SO ORDERED.**
8 DATED: August 11, 2011

*/s/ Gary Klausner*
HON. R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE